UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

BUNNY BOGERY,

Plaintiff,                17-CV-6996 (VEC)

-against-

THE UNITED STATES OF AMERICA,

Defendants.

-------------------------------------------------------------------------x

## <u>DECLARATION OF JEREMY SCHIOWITZ</u>

I, Jeremy Schiowitz, pursuant to 28 U.S.C. Section 1746, declare under penalty of perjury as follows:

1. I am a member of the firm of Isaacson, Schiowitz & Korson, LLP, attorneys for the plaintiff in the above caption action.

2. Attached hereto and annexed as Exhibit A is a copy of the Deposition Transcript of Bunny Bogery, dated May 9, 2018.

3. Attached hereto and annexed as Exhibit B is a copy of the Deposition Transcript of Aly Basheradan, dated May 9, 2018.

Dated: Rockville Centre, New York
       July 26, 2018

_____
JEREMY SCHIOWITZ

# "A"

Page 1

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------x
   BUNNY BOGERY,
4

5
             Plaintiff,              17-CV-6996(VEC)
6

7

             -against-
8

9  THE UNITED STATES OF AMERICA,

10            Defendants.

11 ----------------------------------------x

12         DEPOSITION OF BUNNY BOGERY, taken by

13 Defendants at the United States Attorney's Office, 86

14 Chambers Street, New York, New York, Wednesday, May 9,

15 2018, commencing at 11:28 a.m., before Monique

16 Cabrera, a Shorthand (Stenotype) Reporter and Notary

17 Public within and for the State of New York.

18

19

20

21

22

23

24

25

Page 2

1

2    A P P E A R A N C E S:

3        U.S. DEPARTMENT OF JUSTICE
         UNITED STATES ATTORNEY'S OFFICE
4             Attorneys for Defendant
              86 Chambers Street
5             New York, New York  10007

6        BY:  CHARLES JACOB, AUSA

7

8        ISAACSON, SCHIOWITZ & KORSON, LLP
              Attorneys for Plaintiff
9             371 Merrick Road - Suite 302
              Rockville Centre, New York  11570

10

         BY:  JEREMY SCHIOWITZ, ESQ.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2          IT IS HEREBY STIPULATED AND

3     AGREED that the filing and sealing of the

4     within deposition be, and the same are

5     hereby waived;

6          IT IS FURTHER STIPULATED AND

7     AGREED that all objections, except

8     as to the form of the question, be

9     and the same are hereby reserved to

10    the time of the trial;

11         IT IS FURTHER STIPULATED AND

12    AGREED that the within deposition may be

13    sworn to before any Notary Public with the

14    same force and effect as if sworn to before

15    a Judge of this Court;

16         IT IS FURTHER STIPULATED that

17    the transcript is to be certified by

18    the reporter.

19

20

21

22

23

24

25

Page 4

```
 1                      B. Bogery
 2   B U N N Y   B O G E R Y, called as a witness, having
 3   been first duly sworn by Monique Cabrera, a Notary
 4   Public within and for the State of New York, was
 5   examined and testified as follows:
 6                   COURT REPORTER:   Can you state your
 7           name and address for the record.
 8                   THE WITNESS:  Bunny Bogery, 120 West
 9           94th Street, Apartment 8-F, New York, New
10           York 10025.
11   EXAMINATION BY
12   MR. JACOB:
13       Q       Good morning, Ms. Bogery.
14       A       Good morning.
15       Q       My name is Charles Jacob.  I am an
16   Assistant United States Attorney with the United
17   States Attorney's office for the Southern District
18   of New York.
19               I represent the United States in this
20   lawsuit, so during today's deposition, I am going to
21   ask you a series of questions which you will answer
22   under oath.
23               Do you understand that you are under
24   oath and sworn to tell the truth?
25       A       Yes, I do.
```

Page 5

1                        B. Bogery

2          Q      Before we get into questions, I would

3    like to go over a few ground rules.

4                   The Court Reporter is going to write

5    down what I ask and what you say, so I would just

6    request that you wait for me to finish my question

7    before answering.

8                   Do you understand that?

9          A      Yes.

10         Q      Because we have a Court Reporter here

11   today recording the proceeding, I would ask that you

12   answer verbally to each question, so even if you are

13   nodding I would ask that you also say "Yes," for

14   example, do you understand?

15         A      Yes.

16         Q      At any time if you do not understand

17   my questions it's very important that you ask me to

18   clarify it.  Will you tell me if you don't

19   understand one of my questions?

20         A      Yes.

21         Q      If you don't tell me if you don't

22   understand, I am going to assume that you do, is

23   that all right?

24         A      Okay.

25         Q      If you ever want a break, please tell

Page 6

1                              B. Bogery

2     me and we can arrange for a break.  And after the

3     deposition you will be provided with a copy of the

4     transcript.  I will ask that you review the

5     transcript and make any changes and corrections and

6     return it to me within 30 days, is that all right?

7             A      Okay, yes.

8                    MR. SCHIOWITZ:    Was he supposed to

9          sign something?

10                   MR. JACOB:  Off the record.

11                   (Brief discussion held.)

12                   MR. JACOB:   Back on the record.

13            Q      Did you take any drugs or medication

14    today?

15            A      No, I did not.

16            Q      Is there any reason why you may not

17    be able to understand my questions today and respond

18    truthfully?

19            A      No.

20            Q      Can you state your full name for the

21    record?

22            A      Bunny Annette Bogery.

23            Q      What is your date of birth?

24            A      4/3/71.

25            Q      Did you do anything to prepare for

Page 7

                              B. Bogery

1
2  today's deposition?
3         A     No.
4         Q     I am going to spend about 20 to 30
5  minutes on some background information.  Then we are
6  going to move on to some questions about the
7  accident in this case.  All right?
8         A     Okay.
9         Q     Have you ever been involved in a
10 lawsuit before?
11        A     Yes.
12        Q     What lawsuit was that?
13        A     Workers' Comp.
14        Q     When was that about?
15        A     I was injured on the job.
16        Q     When was that injury?
17        A     November 1st of 2011.
18        Q     I am going to come back to some
19 questions about that injury a little later.
20              Have you ever been involved in any
21 other lawsuits?
22        A     Yes.
23        Q     What other lawsuits?
24        A     A car accident.
25        Q     What was that case about?

```
 1                    B. Bogery
 2        A      I was hit from behind in the car.
 3        Q      Who did you sue?  Were you the
 4   plaintiff in this case?
 5        A      Yes.
 6        Q      Who did you bring an action against?
 7        A      The driver of the vehicle.
 8        Q      Was an action filed in court in that
 9   case?
10        A      Yes.
11        Q      What court?
12        A      Civil Court, I believe.
13        Q      In New York?
14        A      Yes.
15        Q      How long how was that case resolved?
16        A      It went to trial.
17        Q      What was the result of that trial?
18        A      There was no reward for damages.
19        Q      So was there a jury in that case?
20        A      Yes.
21        Q      Did the jury find in the defendant's
22   favor?
23        A      Yes.
24        Q      Did you testify in this case?
25        A      Yes, I did.
```

Page 9

1                              B. Bogery

2          Q      Aside from your Workers' Compensation

3    and your car accident case, have you ever been

4    involved in any other lawsuits?

5          A      No.

6          Q      Have you ever been deposed before?

7          A      Posed?

8          Q      Deposed.  Have you ever been part of

9    a deposition?

10         A      Yes.

11         Q      What case was that in?

12         A      The car accident.

13         Q      Were you represented in that case?

14         A      Yes.

15         Q      Who represented you?

16         A      Harmon, Linder and Rogowksy.

17         Q      Do you know if that was a case filed

18   in a court in Manhattan?

19         A      Yes, I believe so.

20         Q      Besides that case have you ever given

21   testimony under oath in any proceeding before?

22         A      No.

23         Q      Did you ever have to get asked

24   questions in connection with your Workers'

25   Compensation case?

```
 1                        B. Bogery
 2         A      Yes.
 3         Q      Who asked you those questions?
 4         A      The attorney.
 5         Q      Were those questions asked before
 6  anyone else?
 7         A      No.
 8         Q      Was anyone else present?
 9         A      No.
10         Q      Who decided your Workers'
11  Compensation case?
12         A      The New York City Law Department.
13         Q      Was there a judge of any kind in this
14  case?
15         A      Yes, there is a judge.
16         Q      Did you ever appear before that
17  judge?
18         A      No, I am sorry, yes.
19                MR. SCHIOWITZ:    Is it still
20         pending?
21                THE WITNESS:   Yes, it's still
22         pending.
23         Q      So you have appeared before that
24  judge?
25         A      Yes, I have.
```

1                        B. Bogery

2        Q        You gave testimony?

3        A        Yes.

4        Q        Do you recall if that testimony was

5   under oath?

6        A        Yes, it was.

7        Q        How long have you lived at your

8   current address?

9        A        Since September of 2017.

10        Q        Where did you live before that?

11        A        1609 East 174th Street.

12        Q        1609 East --

13        A        East 174th Street.

14        Q        From what years to what year did you

15   live?

16        A        1998 to 2017.

17        Q        What is your current address?

18        A        120 West 94th Street.

19        Q        Do you live in an apartment?

20        A        Apartment 8-F.

21        Q        Do you need to walk up stairs to get

22   to your apartment?

23        A        No.

24        Q        Is there an elevator?

25        A        Yes.

Page 12

1                        B. Bogery

2          Q       Does anyone live with you?

3          A       Yes.

4          Q       Who does?

5          A       My daughter.

6          Q       How old is she?

7          A       8 years old.

8          Q       When you lived at 1609 East 174

9    Street, did you live in an apartment?

10         A       Yes.

11         Q       What was that apartment number?

12         A       14-F.

13         Q       Was there an elevator in that

14   building?

15         A       Yes.

16         Q       Was anyone living with you in the

17   December of 2014?

18         A       Yes.

19         Q       Who was living with you then?

20         A       My daughter.

21         Q       How old was she at that time?

22         A       She was 4.

23         Q       Was it the same daughter that lives

24   with you now?

25         A       Yes.

Page 13

1                          B. Bogery

2          Q       Are you married?

3          A       No, I am not.

4          Q       Besides your daughter, do you have

5    any children?

6          A       Yes.

7          Q       Who are those children?

8          A       I have one son.

9          Q       How old is he?

10          A       He is 29.

11          Q       What is your educational background?

12          A       I finished high school.  I have some

13    college credits.

14          Q       Where did you go to high school?

15          A       West Side High School.

16          Q       Where is that located?

17          A       It's in Manhattan on 106th Street.

18          Q       Where did you get your college

19    credits?

20          A       From ASA Institute.

21          Q       Where is that located?

22          A       That was in Brooklyn campus, also

23    Cornell University.

24          Q       Where did you get your Cornell

25    credits?

Page 14

1                              B. Bogery

2           A      At the state building in Harlem,

3    125th Street.

4           Q      Are you currently employed?

5           A      Yes, I am still employed.

6           Q      Who employed you?

7           A      Department of Homeless Services.

8           Q      How long have you been employed

9    there?

10          A      Since January of 2004.

11          Q      What is your responsibility at that

12   job?

13                 MR. SCHIOWITZ:  Currently?

14          Q      What is your current responsibility

15   at that job?

16          A      I am not currently at work.  I am out

17   on a medical leave.

18          Q      When did you begin your current

19   medical leave?

20          A      In December of 2014.

21          Q      Why did you take medical leave?

22          A      I was involved in an accident, a slip

23   and fall accident.

24          Q      Is that the accident at issue in this

25   lawsuit?

Page 15

1                    B. Bogery
2          A       Yes.
3          Q       Prior to taking your medical leave
4   what was your responsibility at the Department of
5   Homeless Services?
6          A       Basically managing one staff and in
7   charge of procurement.
8          Q       What do you mean by procurement?
9          A       Ordering supplies for the entire
10  facility.
11         Q       What facility was this?
12         A       Homeless Shelter Life.
13         Q       Where is that located?
14         A       In Catherine Street in lower
15  Manhattan.
16         Q       What supplies did you procure?
17         A       Furniture for the families, pens and
18  paper, anything required of the facility.
19         Q       During the time from when you started
20  at DHS through December of 2014, did your
21  responsibility change at all?
22         A       Yes, before 2014 when I first started
23  I was clerical.
24         Q       What does that mean?
25         A       Typing, photocopying.  It was just a

Page 16

```
 1                    B. Bogery
 2  different title.  I was in a different title when I
 3  first began.
 4          Q       When did you shift to procurement?
 5          A       Around -- I shift titles in around
 6  2010.
 7          Q       What was your title in December of
 8  2014?
 9          A       Administrative principal
10  administrative associate.
11          Q       What location in December of 2014
12  were you working at?
13          A       Catherine Street.
14          Q       Did you receive any training for that
15  job?
16          A       No.
17          Q       Did you have a supervisor?
18          A       Yes.
19          Q       Who was that supervisor?
20          A       Lysanne Anglade, L Y S A N N E,  A N
21  G L A D E.
22          Q       What was her title?
23          A       Deputy director.
24          Q       Who gave you your assignments?
25          A       Ms. Anglade.
```

Page 17

1                          B. Bogery
2          Q      Did you ever report to anyone else
3    besides Ms. Anglade?
4          A      No.
5          Q      Did you ever receive performance
6    reviews at your job?
7          A      Yes.
8          Q      Who provided those performance
9    reviews?
10         A      Ms. Anglade.
11         Q      What hours did you work?
12         A      From 9:00 a.m. until 5:00 p.m.
13         Q      If you were absent from work, did you
14   have to tell anyone?
15         A      Yes.
16         Q      Who did you tell?
17         A      I would call into the superintendent.
18         Q      Did you receive a paycheck?
19         A      Yes.
20         Q      Who was the paycheck from?
21         A      City of New York.
22         Q      Did you submit time sheets to get
23   paid?
24         A      Yes, in the computer.
25         Q      Those went to whom?

1                         B. Bogery

2          A       City share time.

3          Q       Did you receive benefits as a result

4  of that job?

5          A       Health benefits.

6          Q       Any other benefits?

7          A       No.

8          Q       Who had power to fire you?

9          A       I guess, Ms. Anglade.

10         Q       Since December of 2014, have you ever

11 gone to work at all?

12         A       No, I have not.

13         Q       Do you still receive a paycheck?

14         A       No.

15         Q       Do you receive -- well, I will come

16 back to that.

17                 What was your title prior to December

18 of 2014 -- December of 2010 before you moved to

19 procurement?

20         A       Clerical associate.

21         Q       Who was your supervisor then?

22         A       I have had several, but I worked for

23 Frank O'Kea and Ms. Sheers, Gloria Sheers.

24         Q       Did in each case your supervisor

25 review your performance?

Page 19

```
 1                      B. Bogery
 2        A       Yes.
 3        Q       Before December 2014, what did you do
 4  on the typical weekday?
 5        A       To work from 9:00 to 5:00.
 6        Q       How would you get to work?
 7        A       On public transportation the train.
 8        Q       Where is Catherine Street located in
 9  the City?
10        A       On Canal Street.
11        Q       So it's downtown?
12        A       Yes.
13        Q       And you would take the subway from --
14  was your address at that time December of 2014 was
15  it in the Bronx or in Manhattan?
16        A       In Bronx.
17        Q       Would you take the subway from the
18  Bronx to the Canal Street area to go to work?
19        A       Yes.
20        Q       Besides going to work on weekdays,
21  did you have any hobbies at the time?
22        A       With my daughter.  Whatever
23  activities she would participate in.
24        Q       What kind of activities?
25        A       Daycare and after school.
```

Page 20

1                    B. Bogery

2        Q      Did you ever go out of your house and
3   do anything for fun?

4        A      Yes, I would go out occasionally.

5        Q      What kind of things would you do?

6        A      I would go dancing, movies.

7        Q      Did you ever do any physical
8   exercise?

9        A      Yes, I have joined the gym before.

10       Q      When was the last time you went to
11  the gym?

12       A      It's been years, maybe 5 years.

13       Q      In December of 2014 were you going to
14  the gym?

15       A      No.

16       Q      Before December of 2014, did you have
17  any medical problems?

18       A      Yes.

19       Q      What medical problems were those?

20       A      Diabetes.

21       Q      When did your diabetes start?

22       A      In 2009.

23       Q      How did it effect you?

24       A      It was traumatic for me.

25       Q      What do you mean by that?

Page 21

1                           B. Bogery

2          A       To be diagnosed with diabetes. Having

3   to test my sugar was something all new to me.

4          Q       What were your symptoms for the

5   diabetes?

6                  MR. SCHIOWITZ:  Are you talking about

7   when she first found out?

8          Q       Yes, when you first found out, what

9   were your symptoms?

10         A       Well, I just was generally getting

11  tested like my blood at my primary care doctor and

12  that's when I was told.

13         Q       How did you find out?  How did you

14  know you had diabetes?

15         A       When I was pregnant they told me I

16  was pre-diabetic.  And then after that I had my

17  daughter I was diagnosed with onset diabetes Type 2.

18         Q       Did you ever feel sick as a result of

19  the diabetes?

20         A       I would feel tired, but that's about

21  --

22         Q       What treatment did you seek for the

23  diabetes?

24         A       I was put on several medications,

25  pills like Metformin and Gyluburide.

Page 22

1                    B. Bogery

2              COURT REPORTER:  Can you spell that?

3              THE WITNESS:  G Y L U B U R I D E, I

4      believe.

5         Q      Did the treatment help?

6         A      Well, it helps control my sugar.

7         Q      Are you still taking the same

8  medication?

9         A      Yes, Gyluburide alone.

10        Q      What medical providers did you see

11 for the diabetes?

12        A      Doctor Karayil, K A R A Y I L.

13        Q      Did you see any other doctor for your

14 diabetes?

15        A      No.

16        Q      In December of 2014 how was your

17 diabetes effecting you?

18        A      Feeling sluggish and tired.

19        Q      Before December of 2014, did you have

20 besides your diabetes did you have any other medical

21 problems?

22        A      No.

23        Q      Did you have any other medical

24 conditions before December of 2014?

25        A      Yes.

1                        B. Bogery

2           Q        What conditions were those?

3           A        I have herniated discs, bulging disc

4    pinched nerve in my back and neck.  And I have torn

5    rotator cuff in my right shoulder.

6           Q        Let's start with herniated disc when

7    did that problem start?

8           A        In 2011.

9           Q        What happened?

10          A        I was involved in an accident, a trip

11   and fall at work.  A little boy tripped me up and I

12   fell over him.

13          Q        Can you describe how that accident

14   occurred?

15          A        I was entering the building at work,

16   my workplace at the time.  And a little boy was

17   running back and forth in front of me.  And he just

18   ran out the last time after me avoiding him and

19   tripped me over.

20          Q        How did you fall?

21          A        I fell to the ground on my side, my

22   right side.

23          Q        What specific injuries did you suffer

24   as a result of that fall?

25          A        In the back and neck injuries and the

Page 24

1                          B. Bogery

2     torn rotator cuff in my right shoulder.

3            Q      Did you seek medical attention for

4     those?

5            A      Yes.

6            Q      What treatment did you seek for those

7     injuries?

8            A      I was seen by pain management doctor.

9     And he put me on painkillers and muscle relaxers and

10    I have had Cortisone injections.

11           Q      Who is the pain management doctor?

12           A      John Vlattas.

13                  COURT REPORTER:  Can you spell that?

14                  THE WITNESS:  V L A T T A S.

15           A      And also physical therapy and the

16    chiropractor.

17           Q      What physical therapy?

18           A      At Dr. Vlattas' office.

19           Q      What chiropractor office?

20           A      It's like right next door to -- it's

21    on Pelham Parkway.  Right next door to Dr. Vlattas

22    office.  Hal Rosenfeld.

23           Q      Besides Dr. Vlattas and Hal Rosenfeld

24    did you see any other doctors for your injuries

25    suffered as a result of your accident in 2011?

Page 25

B. Bogery

1

2      A       For MRIs.

3      Q       How long did those problems -- I am

4  sorry, I will rephrase.

5              How long did your back, neck and torn

6  rotator cuff injuries last?

7      A       They still exist.

8      Q       How does your back injury still

9  effect you?

10     A       It effects me tremendous because I am

11  still constantly in pain.

12     Q       Can you describe that pain?

13     A       Some days I can't get out of bed.

14  It's piercing pain in my lower back and my neck.

15     Q       What about your torn rotator cuff?

16     A       Sometimes I end up in emergency room

17  because of a frozen shoulder because it's

18  excruciating pain.

19     Q       What do you mean by, "A frozen

20  shoulder?"

21     A       That's what I was diagnosed the last

22  time I went to the emergency room.  It's like I

23  couldn't move it at all.

24     Q       Did ever have any surgeries performed

25  on your back, neck or torn rotator cuff?

Page 26

1                          B. Bogery

2          A      No.

3          Q      What kind of treatment have you

4   received besides physical therapy and pain

5   management for these injuries?

6          A      The Cortisone shots.  And that's it.

7          Q      In your 2011 trip and fall, did you

8   suffer injuries to any other body parts besides your

9   back, neck or rotator cuff?

10         A      No.

11         Q      So now I am going to sum this all up

12  and see if there are anymore injuries before

13  December 2014, so besides your diabetes, your torn

14  rotator cuff, and your back, and your neck, did you

15  have any other medical conditions prior to December

16  2014?

17         A      No.

18         Q      Besides those things I just described

19  did you before December 2014 did you seek medical

20  treatment for anything else?

21         A      No.

22         Q      And you had no other medical problems

23  for anything else besides those things?

24         A      No, I mean, depression.

25         Q      Focusing in on your back.

Page 27

```
 1                      B. Bogery
 2              What was the status of your back
 3  injury in December of 2014?
 4              MR. SCHIOWITZ:  You mean prior to
 5  this accident?
 6        Q      Prior to the accident December in
 7  2014, what was the status of your back?
 8        A      Pretty bad shape and pain.
 9        Q      Were you going to physical therapy at
10  the time?
11        A      In 2014?
12        Q      Yes.
13        A      No, I had stopped.
14        Q      Were you receiving any other
15  treatment at the time?
16        A      No.
17        Q      Why not?
18        A      I just had to go to work with the
19  pain.
20        Q      What exactly was your back injury
21  diagnosed as prior to December of 2014, do you know
22  the name of what they called it, the doctors?
23        A      No, I am not clear.
24        Q      Prior to the accident at issue in
25  this case, did you ever feel pain in your right leg?
```

Page 28

1                        B. Bogery

2          A      No.

3          Q      Prior to the accident at issue, did

4   you ever feel that your right leg got weak?

5          A      No.

6                 MR. JACOB:    Can you mark this as

7   Defendant's A.

8                      (Defendant's Exhibit A was so

9                      marked for identification.)

10         Q      Do you know what this is?

11         A      Yes.

12         Q      What is it?

13         A      It's a summary from the doctor.

14         Q      Which doctor?

15         A      I believe, it's Dr. Vlattas.

16         Q      Have you ever seen office notes like

17  this by Dr. Vlattas?

18         A      Yes.

19         Q      Do you know who writes them?

20         A      No, I don't.

21         Q      If you go down do you see where it

22  says, "Visit date?"

23         A      Yes.

24         Q      It says, "September 18, 2013," were

25  you visiting Dr. Vlattas at that time?

Page 29

1                        B. Bogery

2          A      Yes.

3          Q      And patient name Bunny Bogery that

4   refers to -- I am sorry, that's your name, right?

5          A      Yes.

6          Q      If you go down in the note paragraph

7   it says, "She notes that the right leg gets weak and

8   gives out on her."

9                 Do you know why Dr. Vlattas may have

10  had the impression that your right leg got weak and

11  gave out on you?

12         A      Maybe from the diabetes.

13         Q      Has your right leg ever felt weak

14  from the diabetes before?

15         A      Tingling, but not weak.

16         Q      What do you mean by "tingling?"

17         A      Like a burning sensation.

18         Q      Has a doctor ever told you that that

19  burning association in your right leg is associated

20  with your diabetes?

21         A      Yes.

22         Q      Thank you.

23                Prior to your December of 2014

24  accident you never -- have you ever had any other

25  injuries to your right knee?

Page 30

                        B. Bogery

1

2        A      No.

3               MR. JACOB:    Can you mark this as

4   Defendant's Exhibit B.

5                   (Defendant's Exhibit No. B was so

6                   marked for identification.)

7        Q      Do you recognize this document?

8        A      No.

9        Q      Do you the top where it says "Yasha

10  Magyar, 3227 East Tremont Avenue?"

11       A      Yes.

12       Q      Do you know who Yasha Magyar is?

13       A      Yes.

14              COURT REPORTER:  Can you spell that?

15              THE WITNESS:   The first name is Y A

16  S H A.  The last name is M A G Y A R?

17       A      Yes.

18       Q      Who is Yasha Magyar?

19       A      He was one of the doctors that I saw

20  at the East Tremont location.

21       Q      What do you see him about?

22       A      I seen him about my right knee.

23       Q      Was this before or after your

24  accident at issue in this case?

25       A      After.

Page 31

1                         B. Bogery

2         Q       Did you ever see him before the

3   accident?

4         A       No.

5         Q       Did you see him about your right

6   knee?

7         A       Yes.

8         Q       Did you see him about the injuries

9   that you suffered in the accident in this case?

10        A       Yes.

11        Q       If you go to page 5 the last page, do

12  you see where it's signed by Barry M. Katzman?

13        A       Yes.

14        Q       Do you know who Barry M. Katzman is?

15        A       Yes, I do.

16        Q       Who is that?

17        A       That's another doctor that I was seen

18  by.

19        Q       After your accident?

20        A       Yes.

21                MR. JACOB:    Can we pause for a

22  second?

23                (Brief discussion held.)

24        Q       If we go to page 4 towards the bottom

25  of the page there is a paragraph that begins

Page 32

1                          B. Bogery

2     "causality," do you see that paragraph?

3          A     Yes.

4          Q     It says, "The complaints are causally

5     related to the above accident of 12/214/2014

6     superimposed on previous right knee injury."

7                     Does that refresh your memory as to

8     whether you had a prior right knee injury before the

9     accident in this case?

10         A     No.

11         Q     Are you aware that the government has

12    asked you certain questions in this case that the

13    defendant United States in the form of

14    interrogatories?

15         A     I don't know what that means?

16         Q     We will come back to that in a little

17    bit.

18                     Now, I am going to spend some time

19    discussing the day of the accident in this case.

20                     The accident that is the subject of

21    this lawsuit, when did that occur?

22         A     On December 23, 2014.

23         Q     What day of the week was that?

24         A     I am not sure.

25         Q     Do you know if it was a weekend or a

Page 33

```
 1                      B. Bogery
 2   weekday?
 3         A       Maybe a weekend.
 4         Q       Were you working at that time?
 5         A       Yes.
 6         Q       You were working at the same place
 7   downtown Catherine Street?
 8         A       Yes.
 9         Q       For the Department of Homeless
10   Services?
11         A       Yes.
12         Q       How did you begin that morning?
13         A       Waking up, fixing my daughter
14   breakfast.
15         Q       What did you do next?
16         A       I am not even sure if it was a week
17   -- I know I wasn't at work, but probably watching
18   TV.
19         Q       Were there ever any weekdays that you
20   didn't go to work?
21         A       Weekdays?
22         Q       Yes.
23         A       I have called out before.
24         Q       What are the reasons?
25         A       For my back.
```

1                          B. Bogery

2          Q       Any other reasons?

3          A       Maybe my daughter was sick.

4          Q       On the day of the accident after you

5     woke up and made breakfast, what did you do next?

6          A       I don't recall.

7          Q       Do you recall anything that you did

8     that morning?

9          A       Not really.

10         Q       Do you recall what the weather was

11    like that morning?

12         A       Morning, no, I don't know.

13         Q       Did you take any medication that

14    morning?

15         A       I don't remember.

16         Q       Were you on any medication at the

17    time?

18         A       I believe so.  Muscle relaxer.

19         Q       Do you know what those muscle

20    relaxers were called?

21         A       Naprosyn.

22         Q       But you are not sure if you took that

23    that morning?

24         A       Right.

25         Q       Were you on any other medication at

Page 35

```
 1                        B. Bogery
 2   the time?
 3            A       My diabetic medication.
 4            Q       What medication was that?
 5            A       The Gyluburide.
 6            Q       Why did you go to the post office
 7   that day?
 8            A       I had to pick up a package.
 9            Q       Who was the package from?
10            A       It was for me.
11            Q       Why was it sent to the post office?
12            A       I guess they delivered it.  And I
13   wasn't home, so they left a slip.
14            Q       What did the slip say?
15            A       That my package was at the post
16   office.
17            Q       Did it say which specific post
18   office?
19            A       Yes, Gleason Avenue.
20            Q       Have you been to that post office
21   before?
22            A       Yes.
23            Q       How far was that post office from
24   your house?
25            A       Maybe like 4 blocks.
```

Page 36

1                          B. Bogery
2          Q       What time that day did you go to the
3    post office?
4          A       Around 4:15 in the afternoon.
5          Q       Do you recall anything that you did
6    that day before you went to the post office?
7          A       No.
8          Q       In December of 2014, how would you
9    typically spend days that you were not working?
10         A       At home caring for my daughter.
11         Q       What do you mean by "hearing"?
12         A       Caring for my daughter.
13         Q       Caring. Okay.
14                 How would you care for your daughter?
15   She was 4 years old at the time?
16         A       Yes.
17         Q       How would you care for her at the
18   time?
19         A       Well, make sure she eat, bath her,
20   take her out in my spare time if I am not at work.
21         Q       Where would you take her out at that
22   time?
23         A       To the park.
24         Q       Were there parks -- how close was the
25   park that you would go to?

Page 37

1                           B. Bogery

2          A          Maybe a block away.

3          Q          Is there anything else that you would

4   typically do on days that you didn't work in

5   December of 20 -- in around December of 2014?

6          A          Take her to eat, movies.

7          Q          Would you drive to these things or

8   would you walk?

9          A          I would drive.

10         Q          Do you have a car accessible to you?

11         A          Yes.

12         Q          Where would you typically park that

13  car?

14         A          On my block.

15         Q          On the day of the accident, how did

16  you get to the post office?

17         A          I drove.

18         Q          You said it was approximately four

19  blocks away?

20         A          Yes.

21         Q          What is that route that you get from

22  your house to the post office?

23         A          I just go up to like Fteley Avenue.

24                    COURT REPORTER:  Can you spell that?

25                    THE WITNESS:  F T E L E Y.

Page 38

1                    B. Bogery

2          A       And go across like going north to

3     Gleason Avenue.

4          Q       Then you would turn on Gleason

5     Avenue?

6          A       Yes.

7          Q       Then you arrive at the post office?

8     The post office is on Gleason Avenue?

9          A       Yes.

10         Q       How long do you think that drive took

11    on the day of the accident?

12         A       Maybe about 8 to 10 minutes.

13         Q       Do you recall the weather while you

14    were driving?

15         A       Yes.

16         Q       What was the weather?

17         A       It had rained really hard previous to

18    me leaving out to go to the post office.

19         Q       What was it raining on that day?

20         A       It was raining most of the afternoon

21    I remember.

22         Q       When you were driving to the post

23    office, was it raining?

24         A       No, it had stopped.

25         Q       Do you know when approximately the

Page 39

1                    B. Bogery
2    rain stopped that day?
3         A      Maybe like half an hour to an hour
4    before.
5                 MR. SCHIOWITZ:    Before what?
6                 THE WITNESS:   Before I arrived at
7         the post office.
8         Q      Do you know when the rain started
9    that day?
10        A      No, I don't recall.
11        Q      Do you recall if the rain was heavy?
12        A      Yes, I remember it raining heavy.
13        Q      Where did you park your car when you
14   arrived at the post office?
15        A      In front of the post office.
16                MR. JACOB:    Mark exhibit as
17   Defendant Exhibit C.
18                (Defendant's Exhibit C was so
19                marked for identification.)
20        Q      This exhibit has a photograph on it,
21   what does this photograph show?
22        A      It shows the post office.
23        Q      What intersection of what streets is
24   shown in that photograph?
25        A      I believe, it's Metcalf and Gleason.

Page 40

B. Bogery

1

2        Q       Can you tell from in this photograph

3   where you parked your car?

4        A       Right in front of the entrance on

5   Gleason.

6        Q       Is the location where you parked your

7   car depicted in this photograph?

8        A       Yes.

9        Q       Do you mind marking it with an X?

10       A       Over where the white car is.

11       Q       Do you mind putting your initials

12   next to that X please.  Thank you.

13       A       Okay.

14       Q       So what did you do after you parked

15   your car?

16       A       I went into the post office.

17       Q       Can you see the door through which

18   you entered the post office?

19               MR. JACOB:  Let the record reflect

20          she is pointing to the door depicted in

21          Defendant's Exhibit C.

22       Q       Can you tell what street that door is

23   on?

24       A       Gleason Avenue.

25       Q       Does that door have a ramp in front

Page 41

1                         B. Bogery

2    of it?

3         A      No.

4         Q      You used that door to enter the post

5    office?

6         A      Yes.

7         Q      Do you recall if the sidewalk outside

8    was wet at the time when you entered the post

9    office?

10        A      No, it was not.

11        Q      Was it raining at the exact time you

12   entered the post office?

13        A      No.

14        Q      Do you know approximately what time

15   you entered the post office?

16        A      Around 4:15 in the afternoon.

17        Q      The accident was in December, right?

18        A      Yes.

19        Q      Was there any snow on the ground at

20   that time?

21        A      No.

22        Q      It didn't snow that day?

23        A      No.

24        Q      Do you recall how you opened the door

25   whether you pulled in or pushed it?

Page 42

B. Bogery

1

2       A       I pulled out.

3       Q       So just to be clear.  You pulled the

4  door towards you towards the street in order to

5  enter?

6       A       Yes.

7       Q       How far inside the post office did

8  you walk before the accident occurred?

9       A       One to two steps.

10              MR. JACOB:     Mark Defendant's D

11 please.

12              (Defendant's Exhibit D was so

13              marked for identification.)

14      Q       What does this photograph show?

15      A       This shows the vestibule of the post

16 office.

17      Q       Can you see where you fell in this

18 photograph?

19      A       Yes, pretty much in front of this

20 door.

21      Q       Can you mark with an X where you

22 fell?  Put your initials again please.  Thank you.

23              How did the accident happen?

24      A       When I opened the door and I took one

25 or two steps I slipped and fell.

Page 43

1                        B. Bogery
2        Q        Which direction did you take your
3   steps towards?
4        A        Towards the right.
5        Q        So you walked inside and you turned
6   right; is that correct?
7        A        No, I was walking straight.
8        Q        So you opened the door and took one
9   to two steps just straight towards which area?
10       A        Towards the right.
11       Q        What do you mean by the right?
12       A        This entrance.
13                MR. SCHIOWITZ:      Indicating the
14           right side of the Defendant's Exhibit D.
15       Q        So the right side of the Defendant's
16   Exhibit D, so how would you describe this area the
17   right side of Defendant's Exhibit D, is it a door?
18       A        Yes, it's an open door.
19       Q        So you walked, you took one to two
20   steps from the exterior door towards the door --
21   interior door on the right hand side of Defendant's
22   Exhibit D; is that right?
23       A        Yes.
24       Q        What do you think caused you to fall?
25       A        There was a puddle of water on the

Page 44

B. Bogery

1

2  floor.

3      Q       Did you see anything on the floor

4  before you fell?

5      A       No.

6      Q       Did you see anything on the floor

7  after you fell?

8      A       Yes.

9      Q       How did you know it was water?

10     A       After I slipped and ended up on my

11 knee I realized it was a puddle of water.  And

12 that's when I knew.

13     Q       Do you recall how large the puddle of

14 water was?

15     A       Yes, it was a pretty big puddle.

16     Q       How many feet?

17     A       I would say like one to one and a

18 half inches of water.

19             MR. SCHIOWITZ:      In which

20         direction?

21     Q       I will rephrase.

22             How many feet wide was the puddle?

23     A       Oh, okay, maybe two feet.

24     Q       Was it square or round?

25             MR. SCHIOWITZ:      Or something else?

Page 45

```
1                      B. Bogery
2          A      The puddle?
3          Q      Yes, was the puddle square or round?
4                 MR. SCHIOWITZ:    Note my objection.
5                 MR. JACOB:  What was your objection?
6                 MR. SCHIOWITZ:    It could be
7          something else.
8          Q      I see.  What was the shape of the
9   puddle?
10         A      I think, it was pretty much round.
11         Q      Was it the same length in each
12  direction?
13         A      No, it was not.
14         Q      Which direction was longer?
15         A      Coming towards the door.
16         Q      How long was it in the direction
17  coming towards the door?
18         A      Maybe.
19                MR. SCHIOWITZ:   You mean from the
20         end of the puddle to the beginning of the
21         puddle by the door?
22         A      Maybe like three feet or two and a
23  half or three feet.
24         Q      How deep was the water from the top
25  of the water into the floor?
```

Page 46

B. Bogery

1

2      A      I would say like an inch and a half

3  from the floor to two inches.

4      Q      When you fell were you stepping on

5  your right foot or your left foot?

6      A      My right foot.

7      Q      Did you fall immediately after you

8  slipped?

9      A      Yes.

10      Q      Can you describe to me as you fell

11  what happened with your feet?

12      A      I just remember slipping forward and

13  I tried to catch my balance.  I ended up on my right

14  knee.

15      Q      So what happened with your right foot

16  as you fell forward on your right knee?

17      A      What happened with my right foot?

18      Q      I will rephrase.

19             So is it right that you're right foot

20  was the last foot that you put on the floor before

21  you fell?

22      A      I don't recall.

23      Q      You don't recall.  Okay.

24             Do you recall what happened with your

25  legs as you were falling?

Page 47

1                          B. Bogery

2         A       Yes, I lost my balance.

3         Q       In which direction did your legs
4   move?

5         A       Towards the right.

6         Q       Did your left leg move towards the
7   right?

8         A       No.

9         Q       So maybe you can describe for me
10  exactly what happened to your legs as you were
11  falling?

12        A       I was stepping, walking regularly and
13  then I slipped towards the right on my right leg.

14        Q       You said towards the right on your
15  right leg.  I will break that down.  Towards the
16  right is when you fell towards the right hand side
17  of your body?

18        A       Right.

19        Q       And towards the right leg means that
20  that you fell -- you ended up falling onto your
21  right leg?

22        A       Exactly.

23        Q       Which part of your right leg did you
24  fall on?

25        A       My right knee.

Page 48

1                          B. Bogery

2          Q        How did the rest of your body move

3   during the fall?

4          A        I landed with my hands on the floor

5   to get -- to push myself up.

6          Q        Did anything else happen with your

7   shoulders and arms as you were falling?

8          A        My back kind of -- when I twisted my

9   back got reinjured.

10         Q        What twisted as you fell?

11         A        My lower body.

12         Q        What do you mean by your lower body?

13         A        With me trying to catch myself with

14  my legs slipped and my weight on my right side, I

15  kind of -- I can't -- I was trying to catch myself,

16  so it was really awkward with me trying to catch my

17  weight.

18         Q        Did your back twist as you fell?

19         A        Yes.

20         Q        Did your hips twist as you fell?

21         A        Yes.

22         Q        Did your legs twist as you fell?

23         A        No, it didn't twist.

24         Q        Did your right knee twist as you

25  fell?

Page 49

B. Bogery

1

2       A       Yes.

3       Q       Did your left knee twist as you fell?

4       A       No.

5       Q       Did either of your ankles twist as

6   you fell?

7       A       No.

8       Q       What part of your body first came

9   into contact?

10      A       My knee.

11      Q       Did any other part of your body hit

12  anything besides the floor when you fell?

13      A       No.

14      Q       After your right knee hit the ground,

15  is that right, your right knee hit the ground first?

16      A       Yes.

17      Q       What was the next body part that hit

18  the ground?

19      A       My hand.

20      Q       On a scale of 1 to 10 how much pain

21  were you in immediately after you fell?

22      A       Like a five.

23      Q       Where was the pain?

24      A       It was in my right knee.

25      Q       Besides your right knee were you in

```
 1                        B. Bogery
 2   pain anywhere else?
 3          A       My back.
 4          Q       Which hurt more?
 5          A       The knee.
 6          Q       After you fell did you get up?
 7          A       Yes.
 8          Q       How long was it between when you fell
 9   to the ground and when you got up?
10          A       It was really maybe like a minute.
11          Q       Did anyone help you up?
12          A       No.
13          Q       Did you speak to anyone at the post
14   office about your fall?
15          A       No.
16          Q       As far as you know did anyone see you
17   fall?
18          A       No, I don't think so.
19          Q       What kind of shoes were you wearing
20   on the day of accident?
21          A       Boots.
22          Q       When you entered the post office were
23   the bottoms of your shoes wet at all?
24          A       No.
25          Q       Did you see any signs in the post
```

Page 51

1                    B. Bogery

2    office that day warning customers about wet floors?

3         A      Yes.

4         Q      Can you see in Plaintiff's -- I am

5    sorry, Defendant's Exhibit D where that sign was

6    depicted -- was placed?

7         A      Yes.

8         Q      Do you want to mark it with a

9    triangle?

10        A      And initial it?

11        Q      Yes.

12               MR. JACOB:   Let the record reflect

13           that the Plaintiff has placed a triangle in

14           front of closed door on the left hand side

15           of that closed door by the Defendant's

16           Exhibit D.

17               MR. SCHIOWITZ:    Off the record.

18               (Brief discussion held.)

19               MR. JACOB:  Back on the record.

20        Q      How far apart is it between where you

21    fell and where that sign was?

22        A      How far apart?  Not very far.

23        Q      How many feet do you think?

24        A      Maybe a foot.

25        Q      Did you see that sign at any point

Page 52

B. Bogery

2  before you fell?

3       A      No.

4       Q      Could someone who opened the door

5  through the entrance that you came in see that sign?

6  Was it visible from that line of sight?

7       A      Yes.

8       Q      As you got up what did you do next?

9       A      Got on line to pick up the package.

10      Q      Did you tell anyone at post office

11 that you had fell?

12      A      No.

13      Q      Why not?

14      A      I don't think much of it.

15      Q      Why not?

16      A      I really don't know.

17      Q      What do you mean by that you didn't

18 think much of it?

19      A      Just going about my business.  I

20 didn't think -- even though I was in pain I didn't

21 think to tell someone they should mop up this water.

22      Q      Why didn't you think that?

23      A      Probably would have took more time

24 out.

25      Q      It would have taken more time out of

Page 53

```
1                      B. Bogery
2  your day?
3          A       Yes.
4          Q       So you got on line to get your
5  package, what happened next?
6          A       I got the package and left.
7          Q       Did you walk back through the area in
8  which you fell?
9          A       Yes.
10         Q       Was a puddle still there?
11         A       Yes.
12         Q       Were you able to walk safely through
13 that time?
14         A       Yes.
15         Q       While you were at the post office,
16 did you seek any medical treatment?
17         A       No.
18         Q       What did you do after you left the
19 post office?
20         A       I went to continue running my
21 errands.
22         Q       How was your knee feeling at that
23 time?
24         A       It was hurt.
25         Q       On a scale of one to ten, what was
```

Page 54

```
 1                    B. Bogery
 2  it, your knee?
 3                 MR. SCHIOWITZ:    At what point is
 4         this?
 5                 MR. JACOB:   This is when she left
 6         the post office.
 7         A       Like six.
 8         Q       How long did it take you from when
 9  you got up and got in line to actually get your
10  package and leave the post office?
11         A       Maybe 7 or 8 minutes.
12         Q       When you went to go run your
13  additional errands, did you get back in your car to
14  do so?
15         A       Yes.
16         Q       Where did you go next?
17         A       I believe, to Park Chester.
18         Q       What is Park Chester?
19         A       A shopping area.
20         Q       How far is that from the post office?
21         A       It was like a ten minute drive.
22         Q       And prior to you getting to Park
23  Chester, did you tell anyone about your accident?
24         A       No, not prior to going.
25         Q       Did you seek any medical attention?
```

Page 55

1                          B. Bogery

2          A       No.

3          Q       Who was the first person you told

4   about your accident?

5          A       My aunt.

6          Q       When did you tell her?

7          A       That evening, I believe.

8          Q       What is her name?

9          A       Brenda Bogery.

10         Q       So after you went to Park Chester

11  what did you do at Park Chester?

12         A       I went to buy a few things at Macy's.

13         Q       Did you walk into Macy's?

14         A       Yes.

15         Q       How long were you at Macy's for?

16         A       Maybe 40 minutes, 45 minutes.

17         Q       Were you in pain while you were at

18  Macy's?

19         A       Yes.

20         Q       What parts of your body were feeling

21  pain at that time?

22         A       My back and my right knee.

23         Q       Were the pain levels any different

24  from when you had left the post office?

25         A       No.

Page 56

B. Bogery

1

2   Q        After you went to Park Chester, what

3   did you do next?

4   A        Then I went home.

5   Q        You drove from Macy's there?

6   A        Yes.

7   Q        And parked outside of your apartment?

8   A        Yes.

9   Q        What method did you use to talk to

10  your aunt about the accident?

11  A        On telephone.

12  Q        Where does she live?

13  A        She lives in Manhattan on 103rd

14  Street.

15  Q        What did you tell her?

16  A        It was actually Christmas Eve the

17  next day when she called me.  Asked me what was I

18  doing.  I told her I was in bed because my knee was

19  swollen.

20           And then I told her -- she said,

21  "What happened?"

22           I said, "I slipped yesterday in the

23  post office in a puddle of water."

24  Q        So you spoke to her on December 24

25  Christmas Eve; is that right?

Page 57

1                          B. Bogery
2         A       Yes.
3         Q       You told her about the accident that
4    occurred the previous day?
5         A       Yes.
6         Q       On the day of the accident, did you
7    tell anyone about the accident?
8         A       No.
9         Q       What did you do when you got home
10   that night on the day of the accident?
11        A       Well, I got undressed because I
12   wanted to look at my knee.  And that's when I saw
13   bruises.  And it was swelling, so the pain was
14   increasing.  I just did pretty much laying on the
15   couch and nothing just tried to keep it elevated.
16        Q       Besides trying to keep it elevated,
17   did you do anything else to try and alleviate your
18   pain in your knee?
19        A       I think, I put ice pack.
20        Q       Was your back still in pain at that
21   time?
22        A       Yes.
23        Q       Did you ever seek medical treatment
24   on the day of the accident?
25        A       No.

Page 58

B. Bogery

1

2       Q       Why not?

3       A       Because I didn't feel like I needed

4   to go to the emergency room or see a doctor about

5   it.

6       Q       Why didn't you feel that?

7       A       I just figured it would go away.

8       Q       So the next day what did you do on

9   the next day?

10      A       Nothing much.  I just stayed on the

11  couch.

12      Q       Do you know if you worked that day?

13      A       No, it had to have been a weekend.

14      Q       Did you talk -- beside your aunt, did

15  you speak with any one else about the accident on

16  that day?

17      A       No.

18      Q       Do you recall what you told your aunt

19  about the accident?  Do you recall what she told

20  you, what she said?

21      A       She said, "Oh.  I am sorry to hear

22  that."  Or something like that.

23      Q       Besides your aunt -- strike that.

24              Did you seek any medical treatment on

25  the day after your accident?

Page 59

B. Bogery

1

2      A      No.

3      Q      Why not?

4      A      I was self treating my injury on my

5  own.

6      Q      How did you self treat your injury?

7      A      Just by keeping it elevated and

8  putting the ice.  I probably took a Tylenol.

9      Q      Did you ever write anything down

10 about this accident?

11     A      No.

12     Q      Did you ever send someone a text

13 message about the accident?

14     A      No.

15     Q      Do you ever e-mail anyone about the

16 accident?

17     A      Other than my job, no, I probably had

18 to notify them in writing what happened.

19     Q      How would you notify your job in

20 writing about what happened?

21     A      Through e-mail, my supervisor.

22     Q      Would you e-mail from your personal

23 e-mail account?

24     A      No, at the job.

25     Q      So you would use your work e-mail

Page 60

                          B. Bogery

1
2    account to send an e-mail to your supervisor?
3         A     Yes.
4         Q     You have access to a computer at work
5    where you have a New York City e-mail address; is
6    that right?
7         A     Yes.
8         Q     When did you notify your supervisor
9    about the accident?
10        A     I think, maybe December 27th.
11        Q     Did you go back into work after the
12   accident?
13        A     Yes.
14        Q     We will get to that in a second.
15              Do you know if you used any of your
16   e-mails from your personal e-mail account or e-mail
17   your work about the accident?
18        A     No, I don't remember.
19              MR. JACOB:  Jeremy, we are going to
20         request that she search her personal e-mail
21         account to see if she sent an e-mail about
22         those records.  And if those records exist
23         be produce to us.
24              MR. SCHIOWITZ:     Her personal
25         e-mail account?

Page 61

1                           B. Bogery

2               MR. JACOB:  Yes.

3               MR. SCHIOWITZ:  Do you have still

4          have access to personal e-mail account back

5          in December of 2014?

6               THE WITNESS:   No.

7               MR. SCHIOWITZ:     You use a

8          different e-mail now?

9               THE WITNESS:  No, it was on the job.

10              MR. SCHIOWITZ:  Did you have a

11         personal e-mail account, not your work

12         e-mail, did you have your own personal

13         e-mail back in December of 2014?

14              THE WITNESS:  Yes.

15              MR. SCHIOWITZ:     Do you do still

16         use that e-mail now?

17              THE WITNESS:  No.  From my personal

18         account?

19              MR. SCHIOWITZ:  Do you have access to

20         that old e-mail account?

21              THE WITNESS:   Yes.

22              MR. SCHIOWITZ:     She could check

23         it.

24              MR. JACOB:  I will make a request in

25         writing, but we are going to request that

Page 62

B. Bogery

1

2        those be searched and produced.

3              MR. SCHIOWITZ:     No problem.

4        Q       When was the first time -- actually

5  strike that.

6              What physical injuries do you believe

7  that you experience as a result of the accident in

8  December of 2014?

9        A       I injured my right knee.  I reinjured

10  my back.

11        Q       Any other injuries?

12        A       No.

13        Q       How does your right knee injury

14  effect you?

15        A       It effects me because it still gives

16  out.  When I am walking upstairs I can't walk as

17  much as I used to.

18        Q       How severe is the injury?

19        A       I don't wear heels anymore.

20        Q       Has the severity of the injury

21  changed over time?

22        A       Yes.

23        Q       Has it gotten better or worse?

24        A       It gotten better.

25        Q       What was the first time that you

Page 63

```
 1                         B. Bogery
 2   sought medical treatment for the injuries suffered
 3   as a result of the accident?
 4          A      On December 25th.
 5          Q      Where did you go?
 6          A      I went to Montefiore Hospital.
 7          Q      Who did you see there?
 8          A      The emergency room.
 9          Q      Did they refer to you a doctor?
10          A      No, they didn't refer me to a doctor.
11          Q      Did you see a doctor, was the doctor
12   at Montefiore available to see you?
13          A      Yes.
14          Q      Were you seen by such a doctor?
15          A      Yes.
16          Q      What did you tell that doctor?
17          A      I told the doctor about the accident
18   that I slipped in the post office in a puddle of
19   water.
20          Q      What did the doctor tell you?
21          A      That I need to take x-rays.
22          Q      Did the doctor tell you anything
23   else?
24          A      Yes, that I had to get it wrapped in
25   the ACE Bandage and keep it elevated.
```

Page 64

1                      B. Bogery

2          Q        Besides the x-ray ordered, did they

3    order any other tests at Montefiore?

4          A        No.

5          Q        Did they prescribe you any

6    medications?

7          A        I don't recall.

8          Q        Did the doctor advise you of the

9    possibility of a meniscus tear?

10         A        I don't recall at the time.

11         Q        Do you recall if anyone else at

12   Montefiore advise you of the possibility of a

13   meniscus tear during the visit?

14         A        No.

15         Q        What medical providers besides

16   Montefiore have you seen as a result of this

17   accident?

18         A        I have seen Dr. Vlattas, Dr. Magyar

19   and Dr. Katzman, and also Dr. Hossack.

20              COURT REPORTER:  Can you spell that?

21              THE WITNESS:   H O S  S A C K.

22         Q        Did you see any other doctors as a

23   result of injuries suffered during this accident

24   besides one that you just named?

25         A        Doctors, no.

Page 65

1                          B. Bogery
2          Q         Did you see any other healthcare
3    providers?
4          A         Physical therapist.
5          Q         What physical therapist?
6          A         At Dr. Magyar's office.  And also a
7    Estrella.
8                    COURT REPORTER:  E S T R E L L A.
9          Q         Where is Dr. Estrella located?
10         A         Westchester Avenue.
11         Q         Was he part of a physical therapy
12   company?
13         A         I believe, it's her own company.
14         Q         Besides the therapist you just
15   mentioned and the doctors you just mentioned, did
16   you see anyone else in connection with seeking
17   medical treatment as a result of the injuries that
18   you suffered in the accident in this case?
19         A         No.
20         Q         We are going to go through with a
21   little bit about what you told each doctor and the
22   discussions you had with them, so let's start with
23   Dr. Vlattas.
24                   Why did you see Dr. Vlattas for the
25   injuries in this case?

Page 66

1                        B. Bogery

2         A       I thought that he would be able to

3    treat me because I was already under his care.

4         Q       What were you under his care for at

5    the time of the accident?

6         A       For my back and my neck.

7         Q       What kind of treatment was he

8    providing at the time?

9         A       Basically, prescribing the pain

10   medications and the muscle relaxers.

11        Q       When did you first see Dr. Vlattas

12   for your injuries in this accident?

13        A       Maybe some time in January -- the

14   first week of January.

15        Q       Do you recall what you told him?

16        A       I told him about the accident slip

17   and fall.

18        Q       Do you recall what you told him about

19   your injuries?

20        A       Yes, I told him I injured my right

21   knee and reinjured my back.

22        Q       What did he tell you?

23        A       I don't recall.

24        Q       Did you continue to see Dr. Vlattas

25   about the injuries for the accident in this case?

Page 67

```
 1                        B. Bogery
 2        A        No, he referred me to Dr. Katzman.
 3        Q        So when did you first see Dr.
 4   Katzman?
 5        A        Maybe a week after the second week in
 6   January.
 7        Q        What was the specific reason that you
 8   saw him?
 9        A        So he could check my right knee.
10        Q        But how did you know to see Dr.
11   Katzman?  How do you know to go to this doctor?
12        A        Dr. Vlattas referred me to him.
13        Q        What did you tell Dr. Katzman?
14        A        I told him about the accident and
15   that I was still having pain in my knee -- in my
16   right knee and my back.
17        Q        What did Dr. Katzman say to you?
18        A        I think that I should take an MRI, I
19   think, he referred me to go have MRIs done.
20        Q        Did you have MRIs done?
21        A        Yes.
22        Q        Where did you have those done?
23        A        At Stand-Up MRI.
24        Q        Did Dr. Katzman refer you for any
25   other tests?
```

```
                                                    Page 68
 1                          B. Bogery
 2          A       No.
 3          Q       Did he prescribe you anything?
 4          A       No.
 5          Q       How soon after Dr. Katzman suggested
 6  that you get MRI, did you get one?
 7          A       For the next scheduled.  I don't
 8  recall when that was.
 9          Q       Approximately a month or so?
10          A       Maybe in February.
11          Q       Did you see Dr. Katzman again after
12  you got the MRIs?
13          A       I don't think so.
14          Q       Did you ever see Dr. Katzman again
15  after that initial visit?
16          A       Yes.
17          Q       When did you see him?
18          A       I saw him about two weeks ago.
19          Q       Why did you see him?
20          A       For a follow-up on my knee.
21          Q       Did you see him in connection with
22  this lawsuit?
23          A       Yes.
24          Q       What was the purpose of your visit to
25  the Dr. Katzman?
```

Page 69

1                          B. Bogery

2          A       Just to see how I was healed.

3          Q       What did he tell you?

4          A       He didn't say much to me about -- he

5    said, "It looks good."

6          Q       What did you tell him during that

7    meeting?

8          A       I told him I was there to have a

9    checkup on my knee because I wanted to return to

10   work.

11         Q       How was your visit to him related to

12   this lawsuit?

13         A       I have no idea.

14         Q       Did you set up the meeting or did

15   someone else set up the appointment?

16         A       Someone else did.

17         Q       Who set it up?

18         A       Mr. Schiowitz' office.

19                 MR. JACOB:     Jeremy, I don't

20         believe we have any records of that

21         appointment.

22                 MR. SCHIOWITZ:     Okay, I believe, I

23         sent it to you.

24                 MR. JACOB:  We will talk afterwards.

25                 MR. SCHIOWITZ:  I sent you with the

Page 70

```
1                    B. Bogery
2        narrative report.
3                MR. JACOB:  I see.  Thank you.  We
4        will talk afterwards.
5        Q        Going back to the doctors that you
6    have seen, so besides your visit to Dr. Katzman only
7    about couple of weeks ago and your initial visit to
8    him soon after the accident you said in January of
9    2015, did you see him at any other point regarding
10   the injuries suffered in this case?
11       A        No.
12       Q        Doctor Magyar, why did you see Dr.
13   Magyar for your injuries in this case?
14       A        I was referred to him about Mr.
15   Schiowitz' office to receive physical therapy.
16       Q        When did that referral happen?
17       A        Maybe February of 2016, '15.
18       Q        Do you know what the relationship
19   between Dr. Magyar and Dr. Katzman?
20       A        I don't know any.
21       Q        Do you know why Mr. Schiowitz' office
22   referred you to Dr. Magyar?
23       A        Because Dr. Katzman was no longer
24   taking my insurance.
25       Q        Did Mr. Schiowitz' office refer you
```

Page 71

B. Bogery

1
2  to Dr. Katzman?
3       A     No, Dr. Vlattas did.
4       Q     I am just trying to be careful about
5  how I phrase this.
6             Why did you need a new doctor --
7             Did you need a new doctor at any
8  point in time in this case after your injuries here?
9  Were there any other reasons why you couldn't see
10 any of the other doctors?
11      A     I couldn't continue to see Dr.
12 Katzman because he was not taking my insurance.
13      Q     You still wanted to see doctors at
14 that point in time?
15      A     Yes.
16      Q     How did you go about finding a new
17 doctor?
18      A     I talked to Mr. Schiowitz.
19      Q     His office referred you to Dr.
20 Magyar, is that right?
21      A     Yes.
22      Q     Has his office referred you to any
23 other doctors that you have seen?
24      A     No.
25      Q     When did you first see Dr. Magyar?

Page 72

B. Bogery

2    A    That was some time, I believe, in
3  February of 2015.

4    Q    What kind of doctor is Dr. Magyar?

5    A    A regular doctor.

6    Q    Does he have any type of specialty,
7  do you know?

8    A    I am not sure.

9    Q    When you saw him what did you say?

10   A    I told him that I was still in a lot
11 of pain from a slip and fall accident.  And I
12 received treatment from him -- well, examination
13 from him.

14   Q    What part of your injuries did you
15 tell him that you suffered as a result of the
16 accident?

17   A    I told him about my right knee and my
18 back.

19   Q    What did he say to you?

20   A    He told me that I was in bad shape,
21 that I should continue with physical therapy.  And
22 gave me the referral for the same place inside his
23 office to start physical therapy.

24   Q    Did he order any tests?

25   A    I think so.

Page 73

B. Bogery

1

2    Q       What kind of test?

3    A       I am not sure.

4    Q       Did he prescribe you anything?

5    A       No.

6    Q       Did he recommend surgery?

7    A       Yes.

8    Q       When was the first time that any

9    doctor recommended surgery for any of the injuries

10   that you had in this case?

11   A       I believe, it was Dr. Magyar.

12   Q       Which meeting with Dr. Magyar did he

13   make that recommendation around what time?

14   A       Maybe several months later after he

15   was received the MRI report.

16   Q       Did he diagnose your injury tell you

17   what you the medical condition was that you had in

18   your right knee?

19   A       Yes.

20   Q       What did he tell you?

21   A       He told me that I had a torn

22   meniscus.

23   Q       Had you heard that before?

24   A       The term?

25   Q       Had you been diagnosed with a torn

Page 74

B. Bogery

1
2    meniscus by any other doctor prior to your visit
3    with Dr. Magyar?
4        A    I am not sure.
5        Q    What was the first time that you
6    learned you had a torn meniscus?
7        A    I believe that was the first time
8    when I saw Dr. Magyar.
9        Q    In February of 2015?
10       A    Yes.
11       Q    Did he diagnose what the problem was
12   with your back?
13       A    I don't remember.
14       Q    Now, I am going to focus for a little
15   on Dr. Hossack.
16            When did you first see Dr. Hossack?
17       A    I saw him maybe four months after
18   seeing after physical therapy and treating with Dr.
19   Magyar.
20       Q    Where is Dr. Hossack based?
21       A    At Montefiore Hospital.
22       Q    How did you end up visiting with Dr.
23   Hossack?
24       A    I think, I researched him also
25   because I was stopped being seen at Dr. Magyar's

Page 75

1                       B. Bogery
2    office because I was receiving bills.  And I
3    couldn't pay the bills, so I was looking for a
4    doctor that accepted my insurance to do the surgery.
5          Q       When did you stop seeing Dr. Magyar?
6          A       After like four months.
7          Q       How often would you go see him, not
8    the physical therapy part, just or -- was he part of
9    that?
10         A       Yes, he was a part of it, yes, it was
11   like three times a week.
12         Q       During that period when you were
13   seeing Dr. Magyar from -- is it from approximately
14   February to approximately July of 2015; is that
15   right?
16         A       Yes, that sounds right.
17         Q       Was your right knee improving during
18   that time period?
19         A       No, it was not.
20         Q       Was your back improving during that
21   time period?
22         A       No, it wasn't.
23         Q       The pain levels for both were
24   approximately the same during the time period?
25         A       Yes.

Page 76

1                           B. Bogery
2          Q       During that time period was your
3   right knee pain greater than it was on the day of
4   the accident after the accident?
5          A       Yes.
6          Q       During the time period was your back
7   pain greater than it was the day after the accident?
8          A       No, it was the same.
9          Q       During the time period was your back
10  pain worse, the same, or better than it was before
11  the accident?
12         A       Before which accident?
13         Q       Before the December of 2014 accident.
14         A       It was worse.
15         Q       So when you went or Dr. Hossack what
16  did you tell him?
17         A       He had my medical records prior to me
18  meeting with him, so when I first saw him he gave me
19  an examination and told me that I would have to get
20  clearance from my prior area doctor in order for him
21  to perform the surgery so...
22         Q       At that point in time which doctors
23  had recommended surgery to you?
24         A       Dr. Katzman was initially the first
25  doctor that wanted to perform the surgery, but

Page 77

B. Bogery

1

2  because he didn't take my insurance I had stopped

3  seeing him, so Dr. Hossack was the second doctor.

4          Q       What did Dr. Hossack tell you?

5          A       That he would recommend that I do go

6  through with the surgery.

7          Q       Who was your primary physician?

8          A       Doctor Karayil.

9          Q       Where is she located?

10         A       He is on Westchester Avenue.

11         Q       Can you spell the name?

12         A       K A R A Y I L.

13         Q       Did you ever talk to Dr. Karayil

14 about your knee or back injuries?

15         A       Yes.

16         Q       Did you ever talk to Dr. Karayil

17 about this accident?

18         A       Yes.

19         Q       What did you say to Dr. Karayil about

20 the accident?

21         A       I told him that other doctors were

22 recommending the arthroscopic surgery.  And he was

23 the doctor that had to give me the clearance due to

24 the diabetes in order to have the surgery, so after

25 I got the clearance Dr. Hossack performed it.

Page 78

B. Bogery

1
2      Q      So prior to you receiving -- I am
3  sorry, prior to you needing clearance being informed
4  that you needed clearance for the surgery, did you
5  ever talk to Dr. Karayil about your injuries?
6      A      No, prior to, no.
7      Q      Dr. Karayil granted the clearance?
8      A      Yes.
9      Q      Did he ever provide any treatment to
10 you for your right knee or back?
11     A      After the surgery he prescribed that
12 I take Calcium with Vitamin D from then until now.
13     Q      After Dr. Hossack recommended
14 surgery, was that surgery performed?
15     A      Yes.
16     Q      Who performed the surgery?
17     A      Dr. Hossack.
18     Q      Do you know what the surgery was
19 called?
20     A      Arthroscopic.
21     Q      What was the purpose of the surgery?
22     A      He told me that he had to go in and
23 repair the torn.
24     Q      When did you have that surgery?
25     A      September of 2015.

Page 79

1                              B. Bogery

2          Q        And did Dr. Hossack speak to you

3    after that surgery?

4          A        Yes, on my follow up.

5          Q        What did he tell you?

6          A        He told me everything looked good and

7    just to take some time and continue to recover and

8    he removed the stitches.

9          Q        What treatment for your back have you

10   received on your back since the accident?

11         A        I was scheduled to have a treatment,

12   but it had to get cancelled because my sugar was too

13   high.

14         Q        What kind of treatment?

15         A        Epidural.

16         Q        Who prescribed that?

17         A        Doctor Vlattas.

18         Q        Did you do any physical therapy for

19   your back?

20         A        No, I didn't.

21         Q        Was that ever recommended by a

22   doctor?

23         A        Yes.

24         Q        Which doctor recommended that?

25         A        Dr. Vlattas.

Page 80

B. Bogery

1
2          Q        Why didn't he do physical therapy?
3          A        There was an issue with the insurance
4    not paying for it.
5          Q        If you had insurance that was able to
6    pay for it, would you have done the physical
7    therapy?
8          A        Yes.
9          Q        About besides the recommendation of
10   the epidural and the physical therapy, did any
11   doctor make any other recommendations to treat your
12   back injury after the accident?
13         A        No.
14         Q        Besides the recommendations of
15   surgery for your knee, did any other doctors make
16   any other recommendation to treat your knee for the
17   injuries suffered in this accident?
18         A        No.
19         Q        Did any doctors recommend physical
20   therapy for your knee?
21         A        After the surgery?
22         Q        After the accident before the
23   surgery?
24         A        Oh, yes.
25         Q        Which doctor recommended physical

Page 81

1                           B. Bogery
2  therapy?
3          A       Dr. Magyar.
4          Q       Any other doctors?
5          A       I am not sure if Dr. Hossack.
6          Q       Did you ever end up doing physical
7  therapy for your knee?
8          A       Yes, after.
9          Q       After or before the surgery?
10         A       I went before and after.
11         Q       When did you first go to physical
12 therapy for your knee?
13         A       I started in February.
14         Q       Where did you go to that?
15         A       That was at the intervention, East
16 Tremont Intervention Medicine.
17         Q       How often did you go to physical
18 therapy?
19         A       I went three times a week.
20         Q       That continues until when?
21         A       For about three to four months.
22         Q       What would you do at physical
23 therapy?
24         A       They would put electrodes on my back
25 and give me massages and the same thing for my knees

Page 82

B. Bogery

2 and put cold presses on.

3    Q    Would you do exercises for your knee?

4    A    Yes.

5    Q    Any exercises for your back?

6    A    Yes.

7    Q    When did you stop going to

8 interventional?

9    A    About three or four months.

10    Q    Did you ever go to any other

11 therapist for your back or knee injury besides

12 interventional after this accident in this case?

13    A    Yes, I went to Estrella.

14    Q    Why did you go to multiple therapist?

15    A    Because I was receiving bills from

16 Dr. Magyar's office.

17    Q    Is Magyar associated with

18 Interventional?

19    A    Yes.

20    Q    So when did you stop going to

21 Interventional?

22    A    That was around June or July.

23    Q    When did you start going to Estrella?

24    A    Like immediately after like two weeks

25 after.

Page 83

                              B. Bogery

1
2       Q       What how often would you go to
3  Estrella?
4       A       Just twice a week.
5       Q       What would you do there?
6       A       The same thing back messages and
7  massages and compresses on my right knee exercises.
8       Q       Before the surgery did any doctors
9  prescribe you medications for your right knee?
10      A       Yes.
11      Q       What doctor was that?
12      A       Dr. Vlattas.
13      Q       What medication?
14      A       I am not sure the name because it was
15  for pain.
16      Q       Was it pain management medication?
17      A       Yes.
18      Q       To help you with the pain?
19      A       Yes.
20      Q       Any other medication for your right
21  knee prescribed before the surgery?
22      A       No.
23      Q       What about for your back, did any
24  doctor prescribed you for medication for your back
25  before the surgery?

Page 84

1                              B. Bogery
2          A        Yes, Dr. Vlattas.
3          Q        What medication was that?
4          A        That was the muscle relaxer,
5    Naprosyn.
6          Q        Besides those medications that you
7    have already described, were you described any other
8    medication for injuries suffered in the accident in
9    this case?
10         A        It probably was like two different
11   pain medications, but none other than that.
12         Q        Besides the test that you have had
13   performed at Stand-Up MRI, have you had any other
14   tests in this case performed?
15         A        No.
16         Q        At the time of the surgery the
17   surgery was in September of 2015?
18         A        Yes.
19         Q        The time right before the surgery had
20   your knee gotten any better since the accident?
21         A        Before the accident.
22         Q        I am sorry.  Had your knee improved
23   since having the knee injury during the accident at
24   the time of the surgery -- let me rephrase.
25                  I will ask it one more time just so

Page 85

B. Bogery

2  we have a cleaner record.

3           At the time before you had the

4  surgery had your knee gotten any better since you

5  had injured it in the accident?

6        A      No.

7        Q      At the time that you had the surgery

8  had your back gotten any better since the time you

9  had the accident?

10       A      No.

11       Q      After the surgery did you see any

12  doctors besides Dr. Hossack for your knee?

13       A      No.

14       Q      After the surgery did you continue

15  any physical therapy for your knee?

16       A      Yes, I did.

17       Q      What physical therapy?

18       A      At Estrealla.

19       Q      At Estrealla?

20       A      Yes.

21       Q      How did you continue physical therapy

22  for?

23       A      For about two months after the

24  surgery.

25       Q      After that two month period of

Page 86

1                         B. Bogery
2    continued physical therapy you stopped?
3            A       Yes, after initially going to Dr.
4    Magyar's office.
5            Q       Did you see any other doctors after
6    the surgery for your knee?
7            A       No.
8            Q       Did you think the surgery was
9    successful?
10           A       Yes.
11           Q       How so?
12           A       Well, I am not constantly in pain
13   anymore.
14           Q       Soon after the surgery, how long did
15   it take from the surgery when you ended the surgery
16   for you not to be in constant pain anymore, was it
17   immediate?
18           A       No, I would say like after seven
19   months.
20           Q       Besides the physical therapy did you
21   do any other -- do you have any other treatments on
22   your knee during that time period?
23           A       No.
24           Q       Since right before the surgery has
25   your back improved at all since after the accident?

Page 87

1                       B. Bogery

2        A       No, it has not.

3        Q       Are you still seeing any doctor for

4   your back?

5        A       Yes.

6        Q       Who are you seeing?

7        A       Dr. Vlattas.

8        Q       Are you still seeing any doctor for

9   your knee?

10        A       No.

11        Q       Besides Dr. Vlattas are you seeing

12   any other doctor for your back?

13        A       No.

14        Q       After the accident in this case why

15   did you stop working?

16        A       After the accident I was in

17   excruciating pain.

18        Q       Did you ever start working again?

19        A       Since the accident?

20        Q       Correct.

21        A       No.

22        Q       Why haven't you started working

23   again?

24        A       Well, it was difficult for me to be

25   up and down the train stairs.  And that was one the

1                          B. Bogery

2    main reason on public transportation, but I have

3    submitted my papers to return to work.  It's just a

4    process with me going back with them calling me

5    back.

6            Q       When did you submit your papers to

7    return to work?

8            A       In April last month.

9            Q       Just one month ago?

10           A       Yes.

11           Q       Do you feel if you returned to work

12   today you could do all the activities that you could

13   do before the accident?

14           A       Yes.

15           Q       For the time period from after the

16   accident until you recently submitted this

17   application, were there activities at work that you

18   couldn't do that you used to have to do at work?

19           A       Yes, I had a special accommodations

20   at work.

21           Q       What special accommodations was that?

22           A       Like I could wear sneakers, and I

23   can't reach to hang up things.

24           Q       When were you granted this special

25   accommodations?

Page 89

1                    B. Bogery

2        A        That was back in 2011.

3        Q        This is after the accident?

4        A        No, I am sorry, 2013.

5        Q        This was as a result of injuries you

6    suffered during the 2011 accident?

7        A        Yes.

8        Q        When did you think that you could

9    start working again after the accident in the post

10   office?

11       A        Maybe like a year and a half ago I

12   felt up to going back to work.

13       Q        Why did you wait to submit your

14   applications until just recently?

15       A        Because I had a setback with my right

16   shoulder and I was put back on pain medication.

17       Q        Do you think the injuries that you

18   suffered as a result of the accident at the post

19   office were healed enough that you could go back to

20   work?

21       A        About a year and a half after the

22   surgery.

23       Q        After the surgery?

24       A        Yes.

25       Q        For that time period where you

Page 90

```
 1                      B. Bogery
 2   thought that you couldn't work because of the
 3   accident in the post office and those injuries?
 4          A      Yes.
 5          Q      What activities involved with working
 6   couldn't you do?
 7          A      It was basically the traveling to get
 8   there on public transportation.
 9          Q      Were you able to work -- assuming
10   that you could teleport to work, you didn't have to
11   travel, be on public transportation, would you be
12   able to work during at that time period?
13          A      No.
14          Q      Why not?
15          A      Because I was still taking pain
16   medication that had me drowsy a lot of the time.
17          Q      What pain medication was that?
18          A      I forget the name.
19          Q      Was this pain medication given to you
20   for your back?
21          A      Yes.
22          Q      Was it given to you for your knee?
23          A      No.
24          Q      Besides the drowsiness from the pain
25   medication and the traveling were there any other
```

Page 91

                          B. Bogery

2  reasons during that time that you couldn't work?

3       A      No.

4       Q      Since the post office accident have

5  you ever tried to find a different job?

6       A      Yes.

7       Q      What have you done to do so?

8       A      I submitted my resume to a temp

9  agency and a few other things that I applied for

10 on-line.

11      Q      What was the result of that effort?

12      A      I really have not received any

13 response.

14      Q      Have you ever asked your employer to

15 provide further accommodations for you as a result

16 of your injuries?

17      A      Not yet.

18      Q      Are you still paid by the Department

19 of Homeless Services?

20      A      No, I am not.

21      Q      When did that stop?

22      A      It stopped almost like a month after

23 I went out on a leave without pay.

24      Q      Do you receive any Workers'

25 Compensation?

1                      B. Bogery

2         A      No.

3         Q      When did the Workers' Compensation

4  for your last case stop?

5         A      2012 or 2013.

6         Q      Did you receive any income in the

7  year 2017 from the Department of Homeless Services

8  or the City of New York?

9         A      No.

10        Q      Did you receive any -- what was your

11 income?  Do you have any income in the year 2017?

12        A      Public assistance.

13        Q      What do you mean by that?

14        A      The government assistance.

15        Q      Do you receive Medicare?

16        A      Medicaid.

17        Q      Medicaid?

18        A      Yes.

19        Q      Social Security Disability benefits?

20        A      No.

21        Q      Food stamps?

22        A      Yes.

23        Q      And by your government assistance,

24 how much is that?

25        A      It's like maybe $300 bi-weekly.

Page 93

1                          B. Bogery

2          Q       Do you currently have medical

3  insurance?

4          A       Yes.

5          Q       Who provided that insurance?

6          A       Medicaid.

7          Q       Do you have any private insurance?

8          A       No.

9          Q       So I am going to ask you a series of

10  questions about what you can and can't do as a

11  result of the injuries suffered in this accident.

12                 Does your knee injury or the

13  reaggregation of your back injury effect your

14  ability to stand?

15         A       Yes.

16         Q       How exactly?

17         A       Like I said my knee will sometimes

18  give out.

19         Q       Does your back injury effect your

20  ability to stand?

21         A       Yes.

22         Q       How so?

23         A       Sometimes I have a hard time getting

24  out of bed when my back is having spasms.

25         Q       Does your knee injury effect your

Page 94

B. Bogery

1
2  ability to sit?
3        A        No.
4        Q        Does your back injury effect your
5  ability to sit?
6        A        Yes.
7        Q        How so?
8        A        For long periods of time.
9        Q        What happens when you sit for period
10  of times?
11        A        I am in pain.
12        Q        Where is that pain exactly?
13        A        Lower back.
14        Q        Does your knee injury effect your
15  ability to lift?
16        A        Yes.
17        Q        How so?
18        A        I have to bend to try to lift
19  something.
20        Q        Does your back injury effect your
21  ability to lift?
22        A        Yes.
23        Q        How so?
24        A        I am unable to lift more than two to
25  three pounds.

1                          B. Bogery

2          Q       Does your knee injury effect your

3   ability to use stairs?

4          A       Yes, I am off balance sometimes.

5          Q       Are you in any pain what you use

6   stairs?

7          A       No.

8          Q       Does your knee injury effect your

9   ability to walk long distances?

10         A       Yes.

11         Q       How so?

12         A       I can't walk for more than four or

13  five blocks without feeling some kind of -- it's not

14  exactly pain, but strain.

15         Q       Where exactly is that strain located

16  in your body?

17         A       It's near my right knee the side of

18  it.

19         Q       Do you use any assistance devices?

20         A       I don't walk with none, no.

21         Q       Like a cane?

22         A       No.

23         Q       Right after the accident did your

24  knee injury effect your ability to walk around your

25  apartment?

Page 96

1                              B. Bogery

2          A      Yes.

3          Q      How severe was that?

4          A      I had crutches and a brace on my

5   right knee.

6          Q      Right after the accident?

7          A      No, I thought after the surgery.

8          Q      That's okay.  So let's talk about

9   right after the accident.  Right after the accident

10  was it harder for you to walk around your apartment

11  because of your injury to your right knees?

12         A      Yes.

13         Q      How long did that last?

14         A      It lasted all the way up until I had

15  the surgery.

16         Q      And then when did it get better?

17         A      It got better about 7 months after

18  the surgery.

19         Q      Now walking around your apartment

20  today, does your right knee injury impact your

21  ability to do so at all?

22         A      No.

23         Q      Does your back injury -- right after

24  the post office accident, does your back injury --

25  did your back injury effect your ability to walk

Page 97

1                           B. Bogery

2    around your apartment?

3              A       Yes.

4              Q       Was it any worse than it was before

5    the post office accident?

6              A       It was worse after the post office.

7              Q       Did that ever improve with respect to

8    your back?

9              A       No.

10             Q       Right after the accident, did your

11   injury ever effect your ability to bath yourself?

12             A       No.

13             Q       Right after the accident did either

14   your back or knee injury ever effect your ability to

15   get dressed?

16             A       No.

17             Q       Right after the accident did your

18   back or knee injury effect your ability to feed

19   yourself?

20             A       No.

21             Q       Right after the accident did your

22   injury ever effect your ability to go for walks

23   outside?

24             A       Yes.

25             Q       Let's talk about right after the

Page 98

1                        B. Bogery

2  accident.

3                    Were you able to go for walks

4  outside?

5          A       No.

6          Q       Why not?

7          A       Because I was in pain.

8          Q       When did that get better?

9          A       Right after the accident maybe like

10 three months.

11         Q       Is there anything that you were able

12 to do before the accident that you cannot do now?

13         A       Wear heels, walk long distances, walk

14 up stairs without holding on to the banister for

15 balance.

16         Q       How frequently would you wear heels

17 before the accident?

18         A       Like three or four times a week.

19         Q       Have you tried to do so since?

20         A       Yes, I tried.

21         Q       What happened?

22         A       I am just nervous about it.

23         Q       Did you feel any pain when you put on

24 heels after the accident?

25         A       Yes.

Page 99

```
 1                        B. Bogery
 2        Q       Where did you feel pain?
 3        A       On the side of my right knee.
 4        Q       How many times have you tried to wear
 5   heels since the accident?
 6        A       Maybe like six times.
 7        Q       Have you tried since you had since
 8   the surgery?
 9        A       Yes.
10        Q       Was the result the same?
11        A       Yes.
12        Q       Have you tried recently?
13        A       No.
14        Q       When was the last time you think you
15   tried?
16        A       Maybe about March, the beginning of
17   March.
18                MR. SCHIOWITZ:    Of 2018?
19                THE WITNESS:   Yes.
20        Q       How often before the accident would
21   you walk long distances?
22        A       Like twice a week.
23        Q       That was even after your back
24   accident in 2011?
25        A       Yes.
```

Page 100

1                              B. Bogery

2           Q        Have you tried to walk long distances

3    since the accident in the post office?

4           A        Yes.

5           Q        What happened?

6           A        I feel pain.

7           Q        Where do you feel pain?

8           A        In my right knee.

9           Q        Have you tried to walk long distance

10   since approximately seven months after the surgery

11   when you felt improvement?

12          A        No.

13          Q        Have you gone dancing since the post

14   office accident?

15          A        Yes.

16          Q        How often do you go dancing these

17   days?

18          A        Not often.

19          Q        Not often means how many times per

20   months?

21          A        Like some months none at all.

22          Q        So but some months you do go dancing

23   -- how many times a year do you think maybe you go?

24          A        I have not just until recently last

25   month.

Page 101

1                          B. Bogery

2          Q       Just to clarify, so you think you go

3  once every other month?

4          A       No.

5          Q       Once every four months?

6          A       Seven months.

7          Q       How did you feel the last time you

8  went dancing?

9          A       I just wore comfortable flats and I

10 was okay.

11         Q       How was your knee?

12         A       I didn't do too much dancing.

13         Q       Did your knee in pain that night?

14         A       No.

15         Q       Are you reluctant at all to go

16 dancing more often because of your injuries in this

17 case?

18         A       Yes.

19         Q       Why?

20         A       Because I don't want it to give out

21 on me.

22         Q       Is there anything else that the

23 injuries to your knee and the reactivation to the

24 injuries to your back that you suffered as a result

25 of the accident in the post office effects in your

Page 102

1                       B. Bogery
2   life other than what we have discussed already?
3          A      Well, you know, just my mental state
4   sometimes, not be able to do things that I had
5   before.
6          Q      By the things that you have before do
7   you mean wearing heels, walk long distances, walk, I
8   think, that's it and dance are those the things --
9          A      And run in the park with my daughter.
10         Q      So before the accident when you would
11  -- what would you do in the park with your daughter?
12         A      I would be able to push her on the
13  swing and run around with the ball with her.
14         Q      And do you go to the park with your
15  daughter these days?
16         A      Yes, now that the weather is
17  breaking.
18         Q      What do you do at the park with your
19  daughter?
20         A      I sit and watch her play now.
21         Q      Do you ever play with the ball with
22  her at the park anymore?
23         A      No.
24         Q      Do you ever push her in the swing --
25  maybe she is to big?

Page 103

B. Bogery

1
2       A       Yes, she is too big for swings.
3       Q       I just have a few questions about a
4  few document then we will wrap.
5               MR. SCHIOWITZ:    I have a few
6          follow ups just to clarify.
7               MR. JACOB:  Mark Defendant's Exhibit
8          E.
9                   (Defendant's Exhibit E was so
10                  marked for identification.)
11      Q       Do you recognize what this document
12  is?
13      A       It's from Dr. Vlattas?
14      Q       Yes.
15              MR. SCHIOWITZ:    Read through it
16          first.
17      Q       Take your time and let know me know
18  when you have read through it and you are ready to
19  speak about it.  Take your time.
20              MR. SCHIOWITZ:    She is ready.
21      Q       Do you see where in the paragraph
22  titled, "Note."
23              It says, "Her low back is back to
24  baseline?"
25      A       Yes.

Page 104

1                    B. Bogery

2              MR. SCHIOWITZ:     Do you see that?

3         Q        Do you see where it says, "Visit

4    date."

5                  It says, "8/11/2015." How was your

6    lower back feeling in August of 2015?

7         A        It was in pain.

8         Q        Was it feeling the same amount of

9    pain as you felt before the accident in the post

10   office?

11        A        Yes.

12        Q        Was it any worse than it was before

13   the accident in the post office?

14        A        Yes, it was.

15        Q        Do you know why Dr. Vlattas may have

16   used this term back to baseline in this office note?

17        A        No.

18        Q        What is your understanding of what

19   that might mean?

20        A        Back to baseline.  Back to the

21   initial way it was.

22        Q        Do you think that that is an accurate

23   description of how you felt on August 11th of 2015?

24        A        Yes.

25        Q        It was back to the way it was before

Page 105

1                        B. Bogery
2  the accident?
3          A       Yes.
4          Q       Did it ever get worse again?
5          A       It's constantly on and off.
6          Q       It also says here that the fall on
7  12/24/2014, why do you think Dr. Vlattas note that
8  you fell on 12/24/2014?
9          A       I think I had the date mixed up
10 between the 23rd and the 24th.
11         Q       Actually let's talk a little more
12 about that.  Let me mark another document about
13 that.
14                 MR. JACOB:   Mark Exhibit F.
15                 (Defendant's Exhibit F was so
16                 marked for identification.)
17         Q       Do you recognize this document?
18         A       No, I don't.
19         Q       If you see down the bottom lower left
20 where it says, "Signature of claimant."
21                 Do you see that box?
22         A       Yes.
23         Q       Is that your signature?
24         A       No, it's not.
25         Q       Did you ever review this document?

Page 106

B. Bogery

1

2        A        No, I didn't.

3        Q        Is this the first time that you ever

4    seen this document?

5        A        Yes, I believe so.

6        Q        Do you see box 6 towards the upper

7    right?  It says, "Date and day of accident."

8        A        Yes.

9        Q        Do you see where it says

10   "12/24/2014?"

11       A        Yes.

12       Q        Why do you think it says that day?

13       A        Because I was confused about the date

14   of accident.

15       Q        Why do you think you were confused?

16       A        Because I thought that it was

17   actually December 24th.

18       Q        Why do you think that?

19       A        Because I just remember trying to get

20   to the post office because I thought they was going

21   to be closed the next day which would have been

22   Christmas day.

23       Q        Do you celebrate Christmas?

24       A        Yes.

25       Q        Where do you typically spend the

Page 107

```
 1                    B. Bogery
 2  Christmas day?
 3         A       At home.
 4         Q       At your own home?
 5         A       Yes.
 6         Q       Do you recall where you spent
 7  Christmas in the year 2014?
 8         A       Yes.
 9         Q       Where was that?
10         A       I was at home when I woke up.
11         Q       Is Christmas a notable day for you
12  each year?
13         A       Yes.
14         Q       Is Christmas Eve also a notable day
15  for you each year?
16         A       Yes.
17         Q       Do you think you generally sometimes
18  have difficulty remembering details?
19         A       No, not usually.
20         Q       When you say, "Not usually," are
21  there times when you have difficulty remembering
22  details?
23         A       No.
24         Q       It says the time here in box 7 is
25  4:15 p.m., do you think that accurately describes
```

1                     B. Bogery
2  when you believe the accident occurred?
3          A       Yes.
4          Q       Are you aware that in this case you
5  have amended your complaint to change the date?
6          A       Yes.
7          Q       Why did you do that?
8          A       Because the accident happened on
9  December 23rd.
10         Q       How did you realize that in your view
11 the accident happened on December 23rd?
12         A       Because the post office was closed on
13 the 24th.
14         Q       How did you learn about that?
15         A       On line.
16         Q       Besides that did you learn through
17 any other way that the accident may have occurred on
18 a different day than the day on this form?
19         A       Yes.
20         Q       How?
21         A       Mr. Schiowitz read to me the medical
22 report.
23         Q       Is there any other reason that you
24 think of as to why you thought the accident occurred
25 on December 24th?

```
                                              Page 109
 1                        B. Bogery
 2        A       No other reason.
 3                MR. JACOB:     Mark Defendant's
 4   Exhibit G.
 5                (Defendant's Exhibit G was so
 6                marked for identification.)
 7        Q       Have you seen this document before?
 8        A       No.
 9        Q       You can flip --
10                MR. SCHIOWITZ:     Look through it.
11        Q       You can flip to the page 3 from the
12   back, I am sorry, these are not numbered.  There is
13   a signature page.
14                I am referring to the page that
15   begins date of, New York, New York March 16, 2018.
16   It has your name here.
17                Is that your signature?
18        A       Yes.
19        Q       It says, "It's sworn to me before
20   this day 16 date of March 2018," then is there a
21   signature of a notary public.  Is that your
22   understanding that this is a signature of a notary
23   public?
24        A       Yes.
25        Q       Do you recall signing this?
```

Page 110

B. Bogery

1

2       A       Yes.

3       Q       Do you remember that there was a

4  notary public there at the time that you signed it?

5       A       Yes.

6       Q       Why were you signing this?

7       A       I was signing this to have it sent to

8  Mr. Schiowitz' office.

9       Q       Do you know why it needed to be sent

10  to Mr. Schiowitz' office?

11      A       No.

12      Q       Can we go to the paragraph beginning

13  paragraph 5, so it's on the second page.  I would

14  like you to read all of paragraph 5 and the answer.

15      A       Identify or --

16      Q       I am sorry.  You don't have to read

17  out loud.  Take your time just review, not read it's

18  the wrong term, I am sorry.

19              Do you understand what this question

20  in question 5 is asking?

21      A       Yes.

22      Q       How would you describe it?

23      A       To find all of the doctors that I was

24  ever seen and treated by.

25      Q       Do you see what doctors are listed

1                        B. Bogery

2    here?

3            A       Yes.

4            Q       Does this list actually cover all of

5    the doctors that you have seen as a result of

6    injuries in this case?

7            A       Yes.

8            Q       Is Dr. Magyar on this list?

9            A       No, he is not.

10                   Oh, interventional Physical Medicine

11   is here.

12           Q       I see.  Dr. Magyar is associated with

13   Interventional Physical Medicine?

14           A       Yes.

15           Q       But Dr. Magyar himself is not on this

16   list, is he?

17           A       No, his name is not.

18           Q       Do you see in question 51 says

19   "Identify all therapist," the second line?

20           A       Yes.

21           Q       Do you see is Estrealla included in

22   the answer?

23           A       No.

24           Q       Did you see Estrealla for physical

25   therapy as a result of injuries in this case?

```
                                              Page 112
 1                      B. Bogery
 2         A      Yes.
 3         Q      Why don't you think Estrealla is
 4  listed here?
 5         A      Because I didn't provide that
 6  information.
 7         Q      Why didn't you provide that
 8  information?
 9         A      It just slipped my mind at the time.
10         Q      Did you recognize at the time that
11  you were signing this that you were providing a
12  representation that the answers to this were
13  accurate?
14         A      Yes.
15         Q      That included answer number 5
16  requesting that you identify the health care
17  providers including therapist that you saw in this
18  case?
19         A      Well, it was presented to me this
20  way.
21         Q      What do you mean by that?
22         A      I hadn't provided the information to
23  Mr. Schiowitz and it had a time limit so...
24         Q      What do you mean by a time limit?
25         A      To get back to his office.
```

Page 113

1                         B. Bogery

2         Q      I see.  And that time limit effected

3   how you answered the questions?

4         A      No, not how I answered just that I

5   didn't recall I went to physical therapy at

6   Estrealla at the time in order for him to list it.

7         Q      When the time that you provided this

8   information you forget that you had gone to physical

9   therapy at Estrealla?

10        A      Right.

11        Q      Is there a specific reason why you

12  didn't list Dr. Magyar here?

13        A      He is listed to me in my mind under

14  Interventional Physical Medicine and Rehab.

15        Q      Okay.  That's fine.  Thanks.

16               Let's go to the third to last -- I am

17  sorry, the page with your employee pay statement.

18               What was your salary at the

19  Department of Homeless Services before your injury?

20        A      Yearly it was $46,659.

21        Q      This paycheck can you tell from this

22  pay statement how long this pay period is for?

23        A      It's for two weeks.

24        Q      Is this how much you were paid over a

25  two week period, does this pay statement reflect how

Page 114

```
 1                      B. Bogery
 2   much you were paid over a two week period?
 3           A      Yes.
 4           Q      Have you received any pay statements
 5   from the City of New York since this one?
 6           A      No, have I have not.
 7           Q      This is the last one that you
 8   received?
 9           A      Yes.
10           Q      When you believe that the accident
11   had occurred on December 24th, is that accurate to
12   say that there was a time period where you thought
13   the accident had occurred Christmas Eve 2014, is
14   that right?
15           A      Yes.
16           Q      When did you start thinking that it
17   had happened on that date, do you recall, or had you
18   always thought that?
19           A      I had always thought that.
20           Q      Why would you be in a rush to get to
21   the post office on Christmas Eve?
22                  MR. SCHIOWITZ:     Objection.
23           Q      I am sorry, I will rephrase.
24                  Going back to this Defendant's
25   Exhibit F.  Did you review this document at all, I
```

Page 115

B. Bogery

2  am sorry, today was the first day that you saw it,
3  correct?
4         A      Yes.
5         Q      I will just leave it at that.
6                I have one final set questions.
7                What is the name of your cell phone
8  provider?
9         A      Simple Mobile.
10        Q      Was that the name of your cell phone
11 provider in December of 2014?
12        A      Yes.
13        Q      Have you had any other providers
14 besides Simple Mobile?
15        A      Yes, I have had Boost Mobile.
16        Q      When did you have Boost Mobile?
17        A      That was prior to 2010.
18        Q      Can you think of any reason why
19 Simple Mobile would say that you weren't a customer
20 in December of 2014?
21        A      No.
22        Q      And you were a customer of Simple
23 Mobile at that time?
24        A      Yes.
25        Q      You used their services?

Page 116

B. Bogery

1
2       A       Yes, up until now.

3       Q       That's it for me.

4               I am going to continue to reserve

5   time especially considering that we haven't received

6   yet all of your medical records for during the

7   relevant time period.

8               MR. JACOB:  I am going to reserve

9           time and the right to seek further

10          deposition testimony from the plaintiff, but

11          at this time I have no further questions.

12              MR. SCHIOWITZ:  I just have a few

13          follow up.

14  EXAMINATION

15  BY MR. SCHIOWITZ:

16      Q       When you entered the post office was

17  it sunny out?

18      A       No.

19      Q       Can you describe the weather at that

20  point?

21      A       It was dark and cloudy.

22      Q       Just standing there at that point

23  before you went in, did it appear like it rained

24  earlier that day?

25      A       Yes.

Page 117

B. Bogery

2    Q    Was the sidewalk wet?

3    A    Yes, it was visibly wet.

4    Q    Was the street wet?

5    A    The streets were wet.

6    Q    Were you able to see puddles
7    anywhere?

8    A    Not outside from me stepping out of
9    the vehicle to the door, no.

10    Q    Referring to Defendant's Exhibit D
11    you marked with an X.

12         Do you see where you marked with the
13    X?

14    A    Yes.

15    Q    Is that where you landed after you
16    fell?

17    A    Yes.

18    Q    That's all I have.

19         MR. JACOB:  I have no further

20    questions.

21         (Continued on the next page.)

22

23

24

25

Page 118

1                       B. Bogery

2              COURT REPORTER:  Is the witness

3       reading and signing this?

4              MR. JACOB:  Yes, the witness is

5       reading and singing this.

6                  (Whereupon at 2:00 p.m., the

7       deposition was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 119

C A P T I O N

The Deposition of BUNNY BOGERY, taken in the matter, on the date, and at the time and place set out on the title page hereof.

It was requested that the deposition be taken by the reporter and that same be reduced to typewritten form.

The Deponent will read and sign the transcript of said deposition.

Page 121

DEPOSITION ERRATA SHEET

CASE CAPTION:      BUNNY BOGERY VS. UNITED STATES OF
                   AMERICA
DEPONENT:  BUNNY BOGERY
DEPOSITION DATE:  May 9, 2018

To the reporter:
I have read the entire transcript of my Deposition
taken in the captioned matter or the same has been
read to me.  I request for the following changes be
entered upon the record for the reasons indicated.
I have signed my name to the Errata Sheet and the
appropriate Certificate and authorize you to attach
both to the original transcript.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNATURE: _____   DATE: 6/26/18
           BUNNY BOGERY

Page 122

1

2                         I N D E X

3  Witness:  BUNNY BOGERY                    Page

4  Examination by MR. JACOB                  4

5                MR. SCHIOWITZ               116

6

7

8

9                       E X H I B I T S

10

11   For Ident.        Description              Page

12   A                 Doctor's notes           28

13   B                 Doctor's notes           30

14   C                 Photograph               39

15   D                 Photograph               42

16   E                 Doctor's note            103

17   F                 Document                 105

18   G                 Document                 109

19

20   Document Request                          Page

21   E-mails from personal e-mail account      60

22

23

24

25

Page 123

1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK   )
                        ) ss.
4   COUNTY OF SUFFOLK   )

5           I, MONIQUE CABRERA, a Shorthand (Stenotype)

6   Reporter and Notary Public for the State of New York,

7   do hereby certify that the foregoing Deposition, of the

8   witness, BUNNY BOGERY, taken at the time and place

9   aforesaid, is a true and correct transcription of said

10  Deposition.

11          I further certify that I am, neither counsel

12  for nor related to any party to said action, nor in any

13  way interested in the result or outcome thereof.

14          IN WITNESS WHEREOF, I have hereunto set my

15  hand this 30th day of May, 2018.

16

17

18

19

20                          _____

21                          MONIQUE CABRERA

22

23

24

25

Page 120

1

2                C E R T I F I C A T E

3

4  STATE OF___N4_____:

5  COUNTY/CITY OF___N4_____:

6

7  Before me, this day, personally appeared

8  Bunny Bogery who, being duly sworn, states that the

9  foregoing transcript of his Deposition, taken in the

10 matter, on this date, and at the time and place set

11 out on the title page hereof, constitutes a true and

12 accurate transcript of said deposition.

13

14                    *Bunny Bogery*

15              BUNNY BOGERY

16

17 SUBSCRIBED and SWORN to before me this  26

18 Day of __June_____, 2018, in the

19 Jurisdiction aforesaid.

20

21 _____

22 My Commission Expires        Notary Public

23

24

25

KRISTAN J GABB
Notary Public - State of New York
NO. 01GA6372703
Qualified in Bronx County
My Commission Expires Mar 26, 2022

KRISTAN J GABB
Notary Public - State of New York
NO. 01GA6372703
Qualified in Bronx County
My Commission Expires Mar 26, 2022

"**B**"

Page 1

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------x
   BUNNY BOGERY,
4

5
          Plaintiff,                    17-CV-6996(VEC)
6

7
          -against-
8

9  THE UNITED STATES OF AMERICA,

10          Defendants.

11  ----------------------------------------x

12          DEPOSITION OF ALY BASHERADAN, taken by

13  Defendants at the United States Attorney's Office, 86

14  Chambers Street, New York, New York, Wednesday, May 9,

15  2018, commencing at 10:17 a.m., before Monique

16  Cabrera, a Shorthand (Stenotype) Reporter and Notary

17  Public within and for the State of New York.

18

19

20

21

22

23

24

25

Page 2

APPEARANCES:

    U.S. DEPARTMENT OF JUSTICE
    UNITED STATES ATTORNEY'S OFFICE
        Attorneys for Defendant
        86 Chambers Street
        New York, New York  10007

    BY:  CHARLES JACOB, AUSA


    ISAACSON, SCHIOWITZ & KORSON, LLP
        Attorneys for Plaintiff
        371 Merrick Road - Suite 302
        Rockville Centre, New York  11570

    BY:  JEREMY SCHIOWITZ, ESQ.

Page 3

1

2              IT IS HEREBY STIPULATED AND

3    AGREED that the filing and sealing of the

4    within deposition be, and the same are

5    hereby waived;

6                IT IS FURTHER STIPULATED AND

7     AGREED that all objections, except

8     as to the form of the question, be

9     and the same are hereby reserved to

10    the time of the trial;

11               IT IS FURTHER STIPULATED AND

12     AGREED that the within deposition may be

13     sworn to before any Notary Public with the

14     same force and effect as if sworn to before

15     a Judge of this Court;

16               IT IS FURTHER STIPULATED that

17     the transcript is to be certified by

18     the reporter.

19

20

21

22

23

24

25

```
                                                    Page 4
1                      A. Bashseradan
2    A L Y   B A S H E R A D A N, called as a witness,
3    having been first duly sworn by Monique Cabrera, a
4    Notary Public within and for the State of New York,
5    was examined and testified as follows:
6                    COURT REPORTER:    Can you state your
7    name and address for the record.
8                    THE WITNESS:   First name is A L Y,
9            Aly.  Basheradan is the last name, B A S H E
10           R A D A N.
11                   COURT REPORTER:  Your address?
12                   THE WITNESS:   95 Jackson, Post
13           Office Box is 11211, 10472  Bronx.
14   EXAMINATION BY
15   MR. SCHIOWITZ:
16           Q    Good morning, Mr. Basheradan.  My
17   name is Jeremy Schiowitz.  I represent the plaintiff
18   Bunny Bogery with regard to an accident that we
19   allege occurred on December 23, 2014.
20                    I am going to be asking you some
21   questions surrounding that incident.  If you don't
22   understand any of my questions, I am just going to
23   ask that you let me know, so that I can rephrase it
24   in a way that you can understand, otherwise, I will
25   assume that you understood the question.
```

```
                                                      Page 5
 1                      A. Bashseradan

 2                Is that okay?

 3        A       Okay.

 4        Q       The address that you just gave is

 5   that your work address?

 6        A       My work address is Soundview Station.

 7        Q       What was the address that you just

 8   gave?

 9        A       That was my post office box, the

10   mailing address that I gave her.

11        Q       Who are you employed by?

12        A       United States Government.

13        Q       As what position?

14        A       Custodian.

15        Q       Where are you stationed?

16        A       Soundview Station.

17        Q       How long have you been stationed

18   there?

19        A       About six years.

20        Q       The whole time that you were

21   stationed at Soundview Station, were you employed as

22   a custodian?

23        A       Yes.

24        Q       How about before working there do you

25   have any other jobs?
```

Page 6

1                      A. Bashseradan

2       A        Yes, I worked at 149th Street.

3       Q        For what?

4       A        For maybe five years.  Prior to that

5  I worked at DMU, probably about eight years. And

6  prior to that I worked at the Hasp, H A S P.

7       Q        The job right before work at

8  Soundview Station, what was your employer?

9       A        United States Federal Government.

10       Q        All of those jobs and that location

11  that you just listed they were all for the United

12  States Government?

13       A        Yes.

14       Q        What were your position at those

15  jobs?

16       A        Custodian.

17       Q        How long have you been working as a

18  custodian for the United States Government?

19       A        Over 20 years.

20       Q        Did you have any jobs before that?

21       A        United States Government -- excuse

22  me, United States Army.

23       Q        Did you go through any sort of

24  training to become a custodian?

25       A        Yes.

1                    A. Bashseradan

2        Q       When was that?

3        A       In the beginning when I started.

4        Q       What year was that?

5        A       I think, it was '78 -- no, '92.

6        Q       And what did that training entail?

7        A       Cleaning and maintaining a facility.

8        Q       Was there a class?

9        A       There was an instructor.

10       Q       Do you remember who the instructor

11   was?

12       A       No, that's over 20 something years.

13       Q       How long was the training?

14       A       Maybe 2 or 3 weeks.  I am not exactly

15   sure.

16       Q       When back in 2014, what was your

17   schedule at the post office?

18       A       I think, at that time it was 8:30 to

19   5:30.

20       Q       What time was the post office open to

21   the public back in December of 2014?

22       A       It's open at 8:00 for Post Office

23   Box, but the window service is 9:00  9:00 to 5:00.

24   Monday through Friday.

25       Q       What time did they close the doors?

Page 8

A. Bashseradan

```
 1                        A. Bashseradan
 2          A       5:00.
 3          Q       Everyday?
 4          A       Everyday except for Saturday.
 5          Q       And Sunday also?
 6          A       We are not open on Sunday.
 7          Q       What is the schedule on Saturday?
 8          A       9:00 to 2:00.
 9          Q       What were your duties back in
10   December of 2014?
11          A       Cleaning and maintaining the
12   building.
13          Q       Were there other custodians?
14          A       There is another one earlier
15   custodian.   Two shifts.
16          Q       But your hours were 8:30 to 5:30?
17          A       Yes, I had the late shift.
18          Q       What time was the other shift?
19          A       He usually got there, I think, it was
20   7:00 to 3:30 or 7:00 to 4:00.   I am not sure.
21          Q       What is his name?
22          A       Randolph Gaddy.
23          Q       How do you spell his last name?
24          A       G A D D Y.
25          Q       Is he still employed by the
```

1              A. Bashseradan

2    government?

3         A      Yes.

4         Q      Is he still an employee there?

5         A      Yes.

6         Q      At Soundview Station?

7         A      Yes.

8         Q      Do you both have the same -- well,

9    back then did you both have the same duties?

10        A      Yes.

11        Q      Are you aware that my client Bunny

12   Bogery alleges that she slipped and fell near the

13   entrance of this post office back on December 23,

14   2014?

15        A      No.

16        Q      When did you first hear about this

17   lawsuit?

18             MR. JACOBS:      Objection to the

19        extent that it calls for privileged

20        conversations between us, obviously, don't

21        answer that question, but you are free to

22        say when you heard about the lawsuit from in

23        a general sense.

24        A      When did I hear about it?

25        Q      Yes.

Page 10

1                      A. Bashseradan

2          A       When I was -- the lawyer spoke to me.

3          Q       Was that due to this deposition

4    today?

5          A       This is prior to the deposition.

6          Q       Was that within the last year?

7          A       Yes.

8          Q       Do you have any memory of the day

9    December 23, 2014?

10         A       No.

11         Q       Do you remember what the weather was

12   for instance?

13         A       No.

14         Q       Do you have some sort of schedule

15   that you keep to?

16         A       Yes.

17         Q       Was it the same in 2014?

18         A       Yes.

19                 MR. JACOBS:   Objection form.  I

20         don't know what you mean by schedule.

21         Q       Do you have a maintenance schedule?

22         A       We have a schedule, yes, we follow.

23         Q       That is you and Randolph?

24         A       Yes.

25         Q       And you are saying that back in

Page 11

```
 1                  A. Bashseradan
 2   December of 2014 it was the same schedule as you
 3   have today?
 4        A      Yes.
 5        Q      Can you take me through that
 6   schedule?
 7        A      Okay.  The early person does
 8   bathrooms, lobby, clerk area, building, and deck and
 9   surrounding area around the building, swing room,
10   empty garbage, sweep the floor and open the
11   building.
12        Q      Back in December of 2014 you think
13   that was Randolph's schedule?
14        A      If he was there before me that would
15   be his schedule.
16        Q      Does all of that that you just
17   mentioned take place before and up until they open?
18        A      It takes place --
19               MR. JACOBS:   Objection to form.
20        Q      You can answer.
21        A      It takes place before the building is
22   open.  All this is done before -- 8:00 --
23               THE WITNESS:  If I think explain to
24   him?
25               MR. JACOBS:   Go ahead.
```

Page 12

```
 1                    A. Bashseradan
 2        A       8:00 is when we open for the post
 3  office box from 8:00 to 9:00.  Window service is at
 4  9:00, so everything has to be taken care prior
 5  especially concerning the lobby.
 6        Q       What are you referring when you say,
 7  "the lobby?"
 8        A       It has to be cleaned, swept.  Usually
 9  nighttime we mop prior to and it's serviceable for
10  clients when they come in at 8:00 or at 9:00.
11        Q       What I mean is when you referred to
12  the lobby area, is that right when a person would
13  enter the building?
14        A       Yes, for retail.
15        Q       Is there like a vestibule area?
16        A       What do you mean by vestibule?
17                MR. JACOBS:   Objection.  Vague.
18        Q       I want to go through the layout now
19  of the building?
20        A       Okay.
21        Q       So is there an entrance on Gleason?
22        A       There is a, I think, there is a ramp
23  on Gleason, is that what you have there?
24        Q       Let's ask it this way.  Is the
25  entrance to the post office at Soundview Station on
```

Page 13

1                    A. Bashseradan

2   a corner?

3        A      It's around the corner.

4        Q      Do you know the two streets that

5   intersect there?

6        A      I think one is -- I am not exactly

7   sure, I think, it's Gleason and there is another

8   street.

9        Q      Is it Croes Avenue?

10        A      It might be Croes.

11        Q      Is there an entrance, one on Gleason

12   and one Croes?

13        A      There is two entrances, yes.

14        Q      They are right near each other?

15        A      Yes.

16        Q      Right by the corner, correct?

17        A      Right on the corner.

18        Q      Right on the corner.

19               MR. SCHIOWITZ:  Let's mark this.

20               (Photograph was marked as Plaintiff's

21          Exhibit No. 1 as of this date, for

22          identification.)

23        Q      I am just going to show you what has

24   been marked Plaintiff's Exhibit 1?

25               MR. JACOBS:   Do you have a copy for

Page 14

```
 1                    A. Bashseradan

 2          me.

 3                  MR. SCHIOWITZ:    No.

 4          Q      Can you take a look at it?

 5                  MR. JACOBS:    Feel free to take as

 6          much time.

 7          A      What do you want me to say?

 8          Q      I just want you to review it?

 9          A      Okay.

10          Q      Are you familiar with what you are

11    seeing in this picture?

12          A      Yes, that's the ramp and that's the

13    side entrance.

14          Q      So you are pointing to the right side

15    of the building and on the --

16          A      Left side.

17          Q      And are you saying the main entrance

18    is in front of the white car?

19          A      No, the main entrance is here, sir.

20          Q      So the main entrance is the entrance

21    with the ramp?

22          A      Yes.

23          Q      Can you tell looking at this

24    photographs what street the main entrance is with

25    the ramp is?
```

1                    A. Bashseradan

2        A      I can't read the sign.

3               MR. SCHIOWITZ:  Mark Plaintiff's

4   Exhibit Number 2.

5               (Photograph was marked as Plaintiff's

6        Exhibit No. 2 as of this date, for

7        identification.)

8        Q      Just take a look at Plaintiff's

9   Exhibit 2.  Take your time to review it?

10       A      Okay.

11       Q      I am just going to refer just to the

12  picture on the bottom left?

13       A      This?

14       Q      Yes.

15       A      Okay.

16       Q      Are you able to see the sign there

17  for the street sign?

18       A      It says, "Croes."

19       Q      So is Croes Avenue the street with

20  the main entrance?

21       A      No, no.

22       Q      Croes Avenue is the street with --

23       A      The side entrance.

24       Q      And is Gleason the entrance with the

25  handicapped ramp?

1                    A. Bashseradan

2          A      Yes, that's what's on the other sign,

3    yes.

4          Q      Are both doors at each entrance

5    unlocked, so that the public can enter at either

6    one?

7          A      At 8:00, yes.

8          Q      When one would enter the side

9    entrance without the ramp, is there a room that they

10   enter into?

11         A      It's like a doorway prior to the

12   doorway.

13         Q      How big is that area?

14         A      Small.  It's just -- you enter and

15   then you go to the other door.

16         Q      Can you estimate how many feet away

17   the next door is?

18         A      I can't.

19         Q      Is that door that you are referring

20   to that second door is that directly in front of

21   that side entrance?

22         A      It's to the side.  There is three

23   doors.

24         Q      So if one was to enter the side

25   entrance the one without the handicapped ramp?

1                    A. Bashseradan

2        A      Yes.

3        Q      If they went straight what would they

4   see?

5        A      Two doors.

6        Q      And where do those two doors lead to?

7        A      They lead right into the lobby.

8        Q      Do you have a name for that first

9   area?

10       A      No.

11              MR. SCHIOWITZ:    Mark Plaintiff's 3

12   and 4.

13              (Photograph was marked as Plaintiff's

14         Exhibit Nos. 3 and 4, as of this date, for

15         identification.)

16       Q      I am going to show you what was just

17   marked as Plaintiff's 3 and Plaintiff's 4.  I will

18   ask you to look at 4 first.

19              Are you familiar what is depicted in

20   Plaintiff's Exhibit 4?

21       A      It looks like two stains on the

22   floor.  Are you talking about the doorway?

23       Q      Yes, the area what is depicted there.

24       A      I see two doors, that's about it.

25       Q      Can you tell which doors they are?

Page 18

1                         A. Bashseradan

2          A        Those are the doors that is going out

3     towards the ramp.

4          Q        I will show you what is marked as

5     Plaintiff's Exhibit 3?

6          A        These are the doors that is leading

7     to the lobby from the side door.

8          Q        So if one entered the side door and

9     they would -- and if they looked ahead would they

10    see what is in Plaintiff's Exhibit 3?

11         A        Would they see this?

12         Q        No.

13         A        They will see this.

14         Q        What would be to the left of this

15    photographs Plaintiff's Exhibit 3?

16         A        If they walked through this door?

17         Q        No, if they just walked right into

18    the side entrance, what would they see to the left?

19         A        This door.

20         Q        Meaning the open door on the left

21    side of the photograph?

22         A        Yes.

23         Q        Is there anything else to the left of

24    that door?

25         A        No, that's it.  It's a wall.

1                      A. Bashseradan

2        Q      And looking at this photograph

3  Plaintiff's Exhibit 3, what is to the right of this

4  photograph?

5        A      What is to the right on this side?

6        Q      Right.

7        A      On this side there will be a door

8  that is facing against to the wall.  And then there

9  will be a ramp door going outside to the main

10  entrance.

11       Q      If someone was to enter the side

12  entrance from this sidewalk?

13       A      Yes.

14       Q      If they took one step in?

15       A      Yes.

16       Q      Would they see the doors to the

17  handicapped ramp on the right, correct?

18       A      When they first come into the door

19  they will see a door straight ahead to the left, the

20  middle door, and the handicapped door on the right.

21       Q      Immediately to their left would be a

22  wall?

23       A      Yes.

24       Q      Approximately how many feet separates

25  that side entrance door to the doors depicted in

Page 20

                         A. Bashseradan

1
2  Plaintiff's Exhibit 3?

3        A       I don't know.

4        Q       How many steps would someone have to
5  take?

6        A       I don't know.

7        Q       Is it like three or four steps?

8                MR. JACOBS:    Objection.  Asked and
9        answered.

10       A       I don't know.

11               MR. SCHIOWITZ:    I can probe.

12       Q       So we were talking about the earlier
13 person's schedule?

14       A       Yes.

15       Q       Did that person have to clean this
16 area that we are talking about right near the
17 entrance?

18       A       Yes.

19       Q       Is he supposed to mop it or sweep it
20 or something else?

21       A       It has to be cleaned.  It has to be
22 swept, mopped, and cleaned all the debris.

23       Q       What is the floor made out of there?

24       A       Tile.

25       Q       Is that how this was back in 2014?

Page 21

                        A. Bashseradan

1

2       A       Apparently it was.  It's been tile

3  since I have been there.

4       Q       Are there ever any mats or rugs that

5  are placed there?

6       A       No.

7       Q       We discussed the schedule for the

8  early person who was at the time Randolph?

9       A       Yes.

10      Q       What about the your schedule back

11 then, can you tell me what it was?

12      A       I do preventive maintenance.

13      Q       What does that mean?

14      A       Clean up behind the first custodian

15 when he leaves or when he is not available I go

16 behind to make sure everything else is taken care

17 of.  We take turns.  When he sets up early I go

18 behind him.

19      Q       So you kind of follow him to make

20 sure that it's --

21      A       No, he does his job.  And then I go

22 behind him just to make -- it's a safeguard.

23      Q       Do you supervise him?

24      A       No, but I am the senior person.

25      Q       So everything that you mentioned

```
 1                        A. Bashseradan
 2   earlier about his duties you would have the same
 3   duties, but only if needed is that correct?
 4        A      No, we both share the duties.
 5        Q      What about after the post office
 6   opens, did you have a schedule a maintenance
 7   schedule during those hours?
 8        A      Yes.
 9        Q      Can you tell me about that?
10        A      We have to wait for the carriers to
11   finish processing the mail, and the clerks for
12   distribution and retail.  And what happens is that
13   once they complete their tasks we go behind and we
14   clean up bring some order back to station as far as
15   cleanliness is concerned.
16               Also we go and we check the bathrooms
17   and the swing room, the lunch room.
18        Q      Other than the lobby area that you
19   discussed, you just mentioned there is a lunch room?
20        A      Yes.
21        Q      Is that only for employees?
22        A      Only for employees.
23        Q      What other rooms are there in the
24   building?
25        A      There are locker rooms.  There is a
```

1                    A. Bashseradan

2   storage room.   There is a safe, a clerk's area where

3   they have count money.   There is a register mail

4   section.   And, basically, that's it, supervisor's

5   desk.

6           Q       And the two custodians are

7   responsible for cleaning all of those areas?

8           A       Yes, the whole building.

9           Q       You mentioned that you wait for the

10  carriers?

11          A       Yes.

12          Q       And all of those other people that

13  you mentioned and then you would clean up again?

14          A       Yes.

15          Q       Would you also sweep and mop the

16  lobby and this entrance area?

17          A       Not during the time that the

18  customers are there.

19          Q       Was there ever a time that you or

20  Randolph or anyone working in your positions would

21  mop during the day when customers was there?

22          A       If a customer spills something we put

23  down a wet floor sign.   And we mop it up, so they

24  are aware that the area is yet.   If a customer

25  drops, bleeds and we put wet floor sign down and

```
 1                    A. Bashseradan
 2   bleach and circle off the area.
 3                 If you drop oil the same scenario.
 4   Any hazardous situation must be addressed
 5   immediately.
 6          Q      How are you typically made aware of
 7   these spills?
 8          A      Okay.  The first line of defense on
 9   the spill is the customer and then the clerk.  The
10   customer will let the clerk know if I am not out
11   exactly in the lobby.  The customer will let the
12   clerk know there is a spill.  The clerk will get on
13   the intercom and tell me that there is a spill in
14   the lobby and I will go address it.
15          Q      When you would address it you
16   mentioned that you have these wet floor signs?
17          A      Yes.
18          Q      How many wet floor signs do you have?
19          A      Three.
20          Q      Did you have three back in 2014 also?
21          A      Yes.
22          Q      Can you describe what they looked
23   like?
24          A      They are yellow cones with a wet
25   floor.  Black that indicates there is a wet floor.
```

Page 25

```
 1                   A. Bashseradan

 2        Q         How high are they on your body if you

 3   want?

 4        A         About up to my knee.

 5        Q         So you said that there are yellow

 6   cones and they have black writing on them?

 7        A         Yes.

 8        Q         What did they say?

 9        A         Wet floor.

10        Q         So if there was a spill would you

11   first put that wet floor sign down or a cone?

12        A         I will put the wet floor sign to let

13   people be aware of the area.  Then I would proceed

14   to go ahead and get it up.

15        Q         You would proceed to go clean it up?

16        A         Yes.

17        Q         Is that done at the same time or?

18        A         The wet floor signs goes up there

19   first because it's already in the lobby.

20        Q         Then what would you do?

21        A         Then I would go get the mop or

22   whatever to clean up the spill.

23        Q         Is that done right away?

24        A         Yes.

25        Q         Do you have any breaks during the
```

Page 26

                            A. Bashseradan

1

2    day?

3          A       Yes.

4          Q       When are they?

5          A       I usually take a 10 minute break in

6    the morning and one in the afternoon.

7          Q       Do you have lunch break?

8          A       Yes.

9          Q       How long is that?

10         A       Half an hour.

11         Q       Do you and Randolph take a break

12   together?

13         A       No.

14         Q       Is one of the custodians always

15   present in the lobby area?

16         A       In the building.

17         Q       In the building in general?

18         A       Yes.

19         Q       But there is no place that they are

20   supposed to be?

21         A       Not in the lobby.  We are not

22   stationed in the lobby.  That's what he asked me.

23         Q       Did you have any procedures on days

24   that it rained?

25         A       We have a standard operating

1                   A. Bashseradan

2    procedure.

3          Q       For rain days?

4          A       Yes.

5          Q       Can you tell me about that procedure?

6          A       Very simply.  It's wet floor sign

7    located here.

8          Q       Just pointing at Plaintiff's Exhibit

9    3 in front of the blue door?

10         A       Metal door and two other wet floor

11   signs on either side of the dividing line to the

12   clerks.  I don't have a picture here to describe it.

13         Q       So looking at Plaintiff's Exhibit 3

14   you said that there is one cone or sign that you

15   would put on the floor right in front of this blue

16   door in the middle of the picture?

17         A       Right in front of the door.

18         Q       As an aside to the right of this blue

19   door that is another door, but it's open, correct?

20         A       Yes.

21         Q       What about to the left area here?

22         A       That's the only door.

23         Q       This is not a door also?

24         A       Yes, it is, that's the only door.

25         Q       Are there three doors?

Page 28

1                              A. Bashseradan

2          A       Yes, this is open door to the left.

3     This is open door to the right.   This is the middle

4     door.

5          Q       Is the middle door always closed?

6          A       Yes.

7          Q       Are there two doors besides it always

8     open?

9          A       Yes.

10         Q       Where are those two other cones that

11    you mentioned?

12         A       On either side of the dividing lines

13    for the customers to go to the clerks.

14         Q       I see.

15         A       That's inside this door inside the

16    building.

17         Q       Can you see that area in this

18    photograph?

19         A       You can't see anything.   The door

20    blocks it.

21         Q       So are you saying it's somewhere

22    behind this metal door?

23         A       It's right directly behind it. There

24    is two black lines here.   And it's directly behind

25    it.

1                    A. Bashseradan

2        Q       So on the days that it rains?

3        A       Yes.

4        Q       One of you, you or Randolph would

5   anatomically put one of these cones in front of this

6   door, correct?

7        A       Yes, in front of this door and on the

8   two sides?

9        Q       Besides the way mentioned behind this

10  door?

11       A       Yes.

12       Q       My questions right now are just going

13  to pertain to this area before the door by the

14  entrance?

15       A       Okay.

16       Q       So we are not confused.

17               What other procedures are taken?

18       A       For rain inside this door?

19       Q       Within this entrance area.

20       A       You go outside with a dry mop, and a

21  bucket.  And you proceed to mop the floor.

22  Depending on the severity of the rain it's how

23  frequent you are out there.

24       Q       When you say, "out there" what do you

25  mean?

1                        A. Bashseradan

2         A        If it's raining profusely and you

3    maybe 5 for 10 minutes at the most and then you are

4    back out again.

5         Q        My question is:  When you say, "out

6    there" are you talking about this indoor entrance

7    area or?

8         A        You are actually physically there.

9         Q        So meaning the area depicted in

10   Plaintiff's Exhibit 3 and 4?

11        A        Yes, this is the outside.

12        Q        When it's raining profusely?

13        A        Yes.

14        Q        You're there cleaning it every ten

15   minutes you said?

16        A        Yes, every five to ten minutes.

17        Q        What if it's not raining profusely?

18        A        Then there is no reason for you to be

19   there.

20            MR. JACOBS:   I am going to object to

21         that question ambiguous.  I don't know what

22         you mean by profusely.

23        Q        What did you mean by "raining

24   profusely?"

25        A        If it's not raining at all.

1                    A. Bashseradan

2        Q        Then what?

3        A        If it's not raining at all there is

4   no reason to be out there if it's not raining at

5   all.

6        Q        When it's raining and you said that

7   you would -- you said when it's raining profusely?

8        A        Yes.

9        Q        First of all, do you mean now when

10  it's raining at all?

11       A        No, I am talking when it's raining

12  real heavy.

13       Q        So let's say it's just drizzling?

14       A        You still go out there every ten

15  minutes.

16       Q        When you say you go out there every

17  ten minutes, how long does it take to then, you

18  know, clean up that area?

19       A        Maybe ten minutes, fifteen minutes

20  depending on how wet the floor is.

21       Q        You would use the dry mop and then

22  would you squeeze it into the bucket?

23       A        Yes, I have a bucket with me and I

24  ring the mop out and go over the floor.

25       Q        And then would you do anything else

Page 32

```
 1                    A. Bashseradan
 2    with respect to the floor?
 3         A     No, that's it.
 4         Q     Then what would you do at that point
 5    once you cleaned it?
 6         A     Once the floor is dry then people
 7    could come back and forth.  If it's raining really
 8    heavy we have to stay there to make sure that it
 9    doesn't build up again, so that's why our time will
10    be divided right there when it's raining really
11    heavy.
12         Q     When it's raining heavy is someone
13    actually standing there the whole time?
14         A     Yes.
15         Q     While it's raining profusely or
16    heavily are customers allowed to walk in?
17         A     Customers do walk in and out.  They
18    have no regards for wet floor signs or anything
19    else.  They want to get in and take care of their
20    mail issues, but there are two entrances, so if I am
21    mopping here they see that they have the option to
22    go to the other, but sometimes they be inpatient
23    they just walk right across the floor.
24         Q     Are the outside doors always closed?
25         A     Always.
```

Page 33

1                         A. Bashseradan

2         Q        Are there any caution signs ever put

3    by the door itself either outside the door or

4    blocking the door?

5         A        No.

6         Q        Do you or Randolph warn -- have you

7    ever warned customers to be careful that it's wet?

8                  MR. JACOBS:    Objection.    Ambiguous.

9         You can answer.

10        A        No, the wet floor sign is right in

11   front of them.   If I am mopping I say, "Excuse me."

12                 And then they will say, "Okay."   They

13   will either go around or they wait until I finish

14   mopping, but most of the time they just walk right

15   through.

16        Q        If it's raining all day and it stops

17   once it stops raining would you or Randolph clean

18   that area?

19        A        Once it stops raining we make sure

20   that the floor is dry.

21        Q        For how long would you make sure that

22   it was dry?

23        A        Once it's dry it stays dry if there

24   is no rain.

25        Q        So how would you know if it's going

1                    A. Bashseradan

2  to stay dry?

3       A      Because it's not raining.

4       Q      So if it stops raining how much time

5  passes from when it stops raining until you stop

6  checking that area?

7       A      Once we mop the floor, dry and it

8  stops raining, there is no reason to check it again.

9       Q      Okay.   Are there any mats anywhere

10  in the post office?

11       A      I don't know about then, but they put

12  mats in now.

13       Q      No, I am talking back then.

14       A      I don't know.

15       Q      Why did they put mats in now?

16       A      Promotional.

17       Q      Is that by the entrance?

18       A      There is two rubber mats -- I am

19  speaking about my station.  There is two rubber mats

20  by the entrance and there is cloth mats inside,

21  cloth rubber mats inside.

22       Q      When you say, "by the entrance," do

23  you mean on the inside or the outside?

24       A      On the inside of these doors.

25       Q      On the inside of the doors in

Page 35

1                      A. Bashseradan

2   Plaintiff's 3?

3           A      Right.  The ramp.  And then -- not in

4   here.   The ramp and the entrance doors.

5           Q      So looking at Plaintiff's Exhibit 1?

6           A      Yes.

7           Q      Are they right inside these doors?

8           A      Right inside each of these doors.

9           Q      Right passed the main entrance and

10  the side entrance doors.

11                 What is the purpose of those mats?

12          A      Promotional.

13          Q      What do you mean by that?

14          A      They say, "Welcome."

15          Q      What are they made out of?

16          A      Those two that is in front of the

17  door rubber mats and those inside are cloth or

18  rubber underneath.

19          Q      The second one that you just

20  mentioned the cloth ones, where are they?

21          A      They are inside the post office in

22  the lobby.

23          Q      And the other ones that you are

24  talking about right by the entrance they are rubber

25  both on the bottom and on top?

Page 36

                         A. Bashseradan

1
2       A       Yes.

3       Q       When did you get those?

4       A       Maybe three weeks ago.

5       Q       Did you ever have those before three
6  weeks ago?

7       A       No.

8       Q       What is the purpose of mopping this
9  area when it gets wet?

10      A       To prevent accidents.

11      Q       Is it slippery when it's wet?

12      A       All floors are slippery when it's
13  wet.

14      Q       These floors are slippery when it's
15  wet?

16      A       Yes.

17      Q       Are there lights fixtures in this
18  entrance area?

19      A       Yes.

20      Q       What are they, are they florescent?

21      A       Yes.

22      Q       How would you describe the lighting
23  in that area, is it bright or is it?

24      A       Just like this.

25      Q       It's sufficient for the area?

Page 37

A. Bashseradan

1

2    A       Yes, well lit.

3    Q       Back in 2014 was there an area where
4 people were able to store their umbrellas?

5    A       They usually put them in the garbage
6 can.

7    Q       Where was the garbage can?

8    A       Either side of the tables.

9    Q       That's once you got passed these
10 opening doors in Plaintiff's Exhibit 3?

11   A       Yes.

12   Q       Was there back in 2014 a rug for the
13 people standing on line for the counter?

14   A       No.

15   Q       Was there ever?

16   A       No.

17   Q       Are you aware of anyone slipping and
18 falling on the wet floor prior to December 23, 2014?

19           MR. JACOBS:   Objection.  Ambiguus.
20 You can answer.

21   A       No.

22   Q       Are there cameras within the post
23 office for security?

24   A       You would have to ask management.

25   Q       Have you noticed any cameras?

Page 38

A. Bashseradan

1

2      A      No.

3      Q      To be clear in this area that we are

4  talking about you have not noticed any cameras?

5      A      No.

6      Q      Are there any tenants in this

7  building other than --

8      A      People that live there?

9      Q      No, meaning, does anyone else work

10  there other than the U.S. Government?

11      A      No.

12      Q      It's just the post office?

13      A      Yes.

14      Q      Do you know if they own it the

15  property?

16      A      Management.  I have no knowledge of

17  that.

18      Q      That's fine.

19             Were there any other employees back

20  in December of 2014 who had any responsibility for

21  cleaning or mopping this entrance area other than

22  you and Randolph?

23      A      No.

24      Q      When did Randolph become employed by

25  the U.S. Government?

Page 39

                              A. Bashseradan

1

2        A       I don't know.

3        Q       Was it before you?

4        A       I don't know.

5        Q       When you started working at this post

6   office, was he already there?

7        A       Yes.

8        Q       Have you spoken to him about this

9   incident?

10       A       No.

11       Q       Does he know you are here today?

12       A       Yes.

13       Q       Did he say anything about it to you?

14       A       No.

15       Q       Are you aware of any other claims or

16  lawsuits filed against the U.S. Government or the

17  post office for any slip and falls in this location?

18       A       No.

19       Q       Back then did you have a supervisor?

20       A       Yes.

21       Q       Who was that?

22       A       The supervisor of the building.

23       Q       What was that person's name?

24       A       Let's see?  Who was the supervisor

25  name back then.  Singh.

Page 40

1                          A. Bashseradan

2          Q        That was the last name?

3          A        Yes.

4          Q        Do you know the first name?

5          A        I can't pronounce it.  Ying or

6    something.

7          Q        Was that a male or female?

8          A        He is a male.

9          Q        What was the last name?

10         A        S I N G H.

11         Q        Was he stationed there every day?

12         A        Yes.

13         Q        Did anyone back around that time

14   2014, did Mr. Singh or anyone else used to actually

15   supervise you and tell you what to do at certain

16   points of the day?

17         A        Yes.

18         Q        Did he tell you what -- would he be

19   the one or tell you that maybe it was raining?

20         A        It's possible.

21         Q        You mentioned your procedures of what

22   you do when it rains?

23         A        Right.

24         Q        Did someone tell you that it's

25   raining?  How do you know that it's raining?

1          A. Bashseradan

2          A     I can look at the weather to see that

3    it's raining, so I go out there on my own and check.

4    There is windows in the lobby.  There is windows in

5    the building.  And there is windows -- there is rain

6    on the deck.  You know when it's raining.

7          Q     You mentioned the procedures of when

8    it's raining, heavily raining, what about when it

9    was just drizzling?

10         A     It still has to be mopped.

11         Q     Would someone be there the whole time

12   also?

13         A     Yes.

14         Q     Was there a preference of who that

15   was?

16         A     It doesn't make a difference as long

17   as it's done.

18         Q     But you or Randolph?

19         A     Yes.

20         Q     The mop that you said you used, it

21   would be dried initially and then you would ring it

22   out with one of those ringers in the buckets?

23         A     Yes.

24         Q     Would you use that same mop again?

25         A     Yes, the mop would stay in the lobby.

Page 42

1                    A. Bashseradan

2          Q       On rain days?

3          A       Because on the -- between the ramp

4    and the door, the side door, there is a corner right

5    there, so once you mop the water up, you need to

6    leave the mop there because you are going to be

7    going back and forth, so to keep running all across

8    the floor.

9          Q       So looking at Plaintiff's Exhibit 1.

10   I am pointing to the corner of the building?

11         A       The corner of the building.

12         Q       So it would be on the inside of that

13   corner?

14         A       Yes, it would right there in that

15   corner.

16         Q       On rain days it would just be

17   stationed there?

18         A       Only if it's raining heavily.

19         Q       So what I wanted to ask you about

20   when it was drizzling?

21         A       If it's drizzling you may not need to

22   take the whole bucket with you.  In other words, you

23   can ring the mop inside the clerk's area where the

24   mailbox is at and then take that mop and go out and

25   mop the floor.

Page 43

1                    A. Bashseradan

2         Q       Okay.  Could you tell me why was

3    there a need to mop it every ten minutes like you

4    said when it was raining heavily?

5         A       Because it's a hazard to the

6    customer.

7         Q       Why would it get wet on the inside?

8         A       Because when they open the door they

9    bring in the water off their clothes, off their

10   boots.  They get inside with their umbrellas and

11   they shake their umbrellas and or they shake their

12   rain coat.

13        Q       Was there a leak in the ceiling ever?

14        A       No.

15        Q       So any water that was in that area on

16   days that it rained you think it would have come

17   from the outside the way you just described?

18        A       Definitely.  Or from it raining so

19   hard when you open the door the rain runs into the

20   building.

21                MR. JACOBS:  Just for the Court

22   Reporter's purpose let him finish his question.

23                THE WITNESS:  I am sorry. I am moving

24   too fast.

25        Q       After you would ring out the mop, was

Page 44

A. Bashseradan

1
2    the mop completely dry or was it still a little wet,
3    how would you describe it?
4            A       Let's see.  What type of condition
5    are you talking about?
6            Q       If it rained hard that day?
7            A       Okay.  You rinse it as best you can
8    to get the water up.  And you keep rinsing it to get
9    the water up, so if the rain is saturated on the
10   ground, of course, it's going to be a little damp.
11   It's not going to be dry.
12           Q       Meaning when you would re-mop that
13   area, the floor wouldn't be totally dry at that
14   point?
15           A       It would be safe.
16           Q       Safe enough you are saying?
17           A       Yes, to walk on.
18           Q       There would be no puddles, but it
19   would still be wet?
20           A       It would be as dry as humanly
21   possible.
22           Q       Well, that's something else, so you
23   mean under the circumstances.
24           A       Under the circumstances it would be
25   dry as humanly possible.

Page 45

1                    A. Bashseradan

2        Q       Meaning it wouldn't be dry like this

3   table is dry?

4        A       No.

5        Q       Correct?

6        A       Yes.

7        Q       Other than the mop I just want to

8   make sure we are clear.  You didn't use anything

9   else to dry the floor?

10       A       No.

11       Q       No towels or anything like that?

12       A       No.

13       Q       Was there ever a suggestion made to

14  place mats there?

15       A       Not to my knowledge.

16       Q       Who would be in charge of that?

17       A       Management.

18       Q       Would Mr. Singh be in charge of that?

19       A       He is management.

20       Q       Have you ever made any suggestions to

21  him about anything we discussed here?

22       A       No.

23       Q       You have never seen the lease for the

24  building, correct?

25       A       The lease?

Page 46

1                          A. Bashseradan

2          Q        Yes.

3          A        No.

4          Q        If someone was to pick up -- back in

5    2014, if one was to pick up a package, are you aware

6    of whether there would be a record of that

7    somewhere?

8          A        I am a custodian.  I am not a clerk.

9          Q        I think, I know the answer.  I just

10   want to make sure.

11         A        No.

12         Q        Just to be thoroughly clear.  I am

13   just looking at Plaintiff's Exhibit 2.  There are

14   two photographs of a package.

15                  Do you see that?

16         A        Yes.

17         Q        So if someone was to pick up the

18   package like this you don't know if there would be a

19   record of that, correct?

20         A        I don't know anything about that.

21         Q        Also looking at Plaintiff's Exhibit 2

22   at the bottom left photograph where you see the side

23   entrance doors?

24         A        Yes.

25         Q        It appears on the picture that the

1                          A. Bashseradan

2    door would be pulled open, is that correct, as

3    opposed to pushed open?

4            A       In other words if he --

5                    MR. JACOBS:   Objection.  Vague.

6            Q       You tell me.  When someone would

7    approach the entrance, the side entrance, would they

8    have to pull the door open or would they push the

9    door open?

10           A       Pull the door open.

11           Q       Is that the same by the handicapped

12   entrance?

13           A       Pull the door open.

14           Q       You cannot push it in?

15           A       You can't push it in.

16           Q       Other than that cone that was placed

17   out there on rain days?

18           A       Yes.

19           Q       Would any other warnings or signs of

20   anything regarding any slippery condition?

21           A       No.

22           Q       Did that area look the same as it

23   does today?

24           A       Yes.

25           Q       Meaning back on in 2014?

1                    A. Bashseradan

2         A       Yes.

3         Q       I think, I am done.

4                 MR. JACOBS:  I may have a few.

5                 MR. SCHIOWITZ:  So then go ahead.

6    EXAMINATION BY

7    MR JACOBS:

8         Q       I am Charles Jacobs.  I am an

9    Assistant United States Attorney, United States

10   Attorney's Office.

11                I represent United States in this

12   lawsuit.

13                Do you observe the weather each day

14   you work at the post office?

15        A       Yes.

16        Q       Are you aware of any instance where

17   you did not implement your rain related procedures

18   on days it was raining?

19        A       No.

20        Q       Has anyone ever told you that the

21   floor in the areas of the post office accessible to

22   customers was wet because of the rain outside?

23        A       No.

24        Q       Has anyone ever told you that that

25   floor was wet while it was raining out?

1                         A. Bashseradan

2          A       No.

3          Q       There are no differences between your

4    rain related procedures for when it's heavy rain or

5    when it's light rain; is that right?

6          A       More attentive heavy rain.

7          Q       What do you mean by "more attentive?"

8          A       Stationary in lobby as opposed to

9    mopping and taking care of the other chores and

10   coming back and doing it again.

11         Q       That's all I have.

12                 MR. SCHIOWITZ:   A couple of follow

13   up.

14   EXAMINATION

15   BY MR. SCHIOWITZ:

16         Q       You just mentioned no one ever told

17   you the floor was wet; is that correct?

18         A       Yes, I am sorry.

19         Q       I just want to make sure I understand

20   that, so you mean back in 2014 the only time that

21   you would clean that area is if you, yourself, knew

22   it was raining and it was wet?

23         A       I would know that it's raining and it

24   would need to be cleaned.

25         Q       So no one ever had to tell you to

Page 50

                          A. Bashseradan

1

2    clean up that area?

3          A      No, not when it's raining.

4          Q      Just one thing I forget to ask you.

5    You mentioned that on days that it was raining

6    heavily you would mop every ten minutes or so?

7          A      Yes.

8          Q      I think you said that you would mop

9    which could take a certain amount of time, what did

10   you say 15 minutes; is that correct?

11         A      Yes, 10 to 15.

12         Q      So the mopping itself took 10 to 15

13   minutes?

14         A      Yes.

15         Q      Then you would wait 10 minutes?

16         A      I would monitor the floor.

17         Q      You would stay there the whole time?

18         A      You would have to monitor the floor.

19         Q      Is there some sort of awning right by

20   the entrance on the outside of the building?

21         A      No.

22         Q      So meaning if you are right outside

23   the door you are going to get wet?

24         A      You are going to get hit with rain.

25         Q      Was there ever an awning there?

Page 51

1                          A. Bashseradan

2      A        Never.

3      Q        I have nothing further.

4               Thank you so much.  I appreciate it.

5               (Whereupon at 11:19 a.m., the

6      deposition was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 52

1                         A. Bashseradan

2                      C A P T I O N

3

4

5    The Deposition of ALY BASHERADAN, taken in the matter,

6    on the date, and at the time and place set out on the

7    title page hereof.

8

9    It was requested that the deposition be taken by the

10   reporter and that same be reduced to typewritten form.

11

12   The Deponent will read and sign the transcript of said

13   deposition.

14

15

16

17

18

19

20

21

22

23

24

25

Page 53

```
 1                    A. Bashseradan
 2               C E R T I F I C A T E
 3
 4   STATE OF_____:
 5   COUNTY/CITY OF_____:
 6
 7   Before me, this day, personally appeared
 8   Aly Basheradan who, being duly sworn, states that the
 9   foregoing transcript of his Deposition, taken in the
10   matter, on this date, and at the time and place set
11   out on the title page hereof, constitutes a true and
12   accurate transcript of said deposition.
13
14                    _____
15                    ALY BASHERADAN
16
17   SUBSCRIBED and SWORN to before me this _____
18   Day of _____, 2018, in the
19   Jurisdiction aforesaid.
20
21   _____   _____
22   My Commission Expires              Notary Public
23
24
25
```

Page 54

```
 1

 2   DEPOSITION ERRATA SHEET

 3
     CASE CAPTION:    BUNNY BOGERY VS. UNITED STATES OF
 4                    AMERICA

 5   DEPONENT:  ALY BASHERADAN

 6   DEPOSITION DATE:  May 9, 2018

 7   To the reporter:
     I have read the entire transcript of my Deposition
 8   taken in the captioned matter or the same has been
     read to me.  I request for the following changes be
 9   entered upon the record for the reasons indicated.
     I have signed my name to the Errata Sheet and the
10   appropriate Certificate and authorize you to attach
     both to the original transcript.

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22
     SIGNATURE:_____  DATE:_____
23
             ALY BASHERADAN
24

25
```

Page 55

1

2                         I N D E X

3   Witness:  ALY BASHERADAN                      Page

4   Examination by MR. SCHIOWITZ                   4

5

6

7

8                       E X H I B I T S

9                     Description                  Page
    For Ident.
10

11  1                Photograph                    13

12  2                Photograph                    14

13  3                Photograph                    16

14  4                Photograph                    16

15

16

17

18

19

20

21

22

23

24

25

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018        (800) NYC-FINK * (212) 869-3063

Page 56

1

2                    C E R T I F I C A T E

3     STATE OF NEW YORK  )
                         ) ss.
4     COUNTY OF SUFFOLK  )

5              I, MONIQUE CABRERA, a Shorthand (Stenotype)

6     Reporter and Notary Public for the State of New York,

7     do hereby certify that the foregoing Deposition, of the

8     witness, ALY BASHERADAN, taken at the time and place

9     aforesaid, is a true and correct transcription of said

10    Deposition.

11             I further certify that I am neither counsel

12    for nor related to any party to said action, nor in any

13    way interested in the result or outcome thereof.

14             IN WITNESS WHEREOF, I have hereunto set my

15    hand this 25th day of May, 2018.

16

17

18

19

20             _____

21                      MONIQUE CABRERA

22

23

24

25